1  Laurence M. Rosen, Esq. (SBN 219683)
2  **THE ROSEN LAW FIRM, P.A.**
   355 South Grand Avenue, Suite 2450
3  Los Angeles, CA 90071
4  Telephone: (213) 785-2610
   Facsimile: (213) 226-4684
5  Email: lrosen@rosenlegal.com
6
7  *Counsel for Plaintiff*
8  Daniel J. Tyukody
9  **GREENBERG TRAURIG LLP**
   1840 Century Park East, Suite 1900
10 Los Angeles, CA 90067
11 Telephone: 310.586.7723
   Email: tyukodyd@gtlaw.com
12
13 *Counsel for Defendants*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL CHECKMAN, Individually And On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ALLEGIANT TRAVEL COMPANY, MAURICE J. GALLAGHER, JR., and SCOTT SHELDON,<br><br>Defendants. | **Case No: 2:18-cv-03417-JFW-AS**<br><br>**JOINT STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT** |

- 1 -

**JOINT STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT**

WHEREAS, on April 24, 2018, Plaintiff Daniel Checkman ("Plaintiff") filed a complaint against Allegiant Travel Company, Maurice J. Gallagher, Jr., and Scott Sheldon ("Defendants" and with Plaintiff, the "Parties") in the above-captioned case alleging violations of the Securities Exchange Act of 1934 (the "Complaint");

WHEREAS, the Complaint asserts claims under the federal securities laws that are subject to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), which sets forth specialized procedures for the administration of securities class actions, including a specific process for the appointment of a lead plaintiff and lead counsel to represent the putative class;

WHEREAS, lead plaintiff and lead counsel have not yet been appointed pursuant to Section 21D of the Securities Exchange Act, 15 U.S.C. § 78u-4. The deadline to move for appointment of lead plaintiff(s) is June 25, 2018;

WHEREAS, once selected, the lead plaintiff will then appoint a lead counsel, subject to the Court's approval, § 78u-4(a)(3)(B)(v), and identify an operative complaint or file an amended complaint that becomes the operative complaint; and

WHEREAS, the Parties agree that in the interests of judicial economy, conservation of time and resources, and orderly management of this action, no response to any pleading in this action by any Defendant should occur until after (i) a lead plaintiff and lead counsel are appointed by the Court pursuant to the PSLRA, and (ii) such lead plaintiff serves an operative complaint;

**JOINT STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT**

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by counsel for the Parties listed below, that:

1. The undersigned counsel for Defendants is authorized to and does accept service on behalf of Defendants, without prejudice and without waiver of any of Defendants' defenses, objections, or arguments in this matter or any other matters, except as to sufficiency of service of process.

2. Within fourteen (14) days of an order by the Court appointing lead plaintiff and lead counsel, Defendants and any lead plaintiff(s) appointed by the Court shall, through their respective counsel, confer and jointly submit a proposed schedule for the filing of any amended complaint and for the filing of a responsive pleading, including a briefing schedule with respect to any anticipated motions to dismiss.

3. Defendants shall not be required to answer, move, or otherwise substantively respond to the Complaint or any amended complaint until the date agreed upon by the Parties in the proposed schedule described in paragraph 2 above, if approved by the Court, or until such other further order by the Court.

**JOINT STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT**

Dated: May 22, 2018                                  Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

By: /s/ Laurence M. Rosen
Laurence M. Rosen, Esq. (SBN 219683)
355 S. Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Counsel for Plaintiff*

Dated: May 22, 2018                                  **GREENBERG TRAURIG LLP**

By: /s/ Daniel J. Tyukody
Daniel J. Tyukody
1840 Century Park East, Suite 1900
Los Angeles, CA 90067
Telephone: 310.586.7723
Email: tyukodyd@gtlaw.com

*Counsel for Defendants*

## ATTESTATION OF COUNSEL

I, Laurence M. Rosen, pursuant to Local Rule 5-4.3.4 of the United States District Court for the Central District of California, hereby attest that Daniel J. Tyukody counsel for Defendants, has authorized the filing of this document.

  /s/Laurence M. Rosen
Laurence M. Rosen, Esq

**JOINT STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT**

## CERTIFICATE OF SERVICE

I, Laurence M. Rosen, hereby declare under penalty of perjury as follows:

I am the managing attorney of The Rosen Law Firm, P.A., with offices at 355 South Grand Avenue, Suite 2450, Los Angeles, CA 90071. I am over the age of eighteen.

On May 22, 2018 I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on May 22, 2018.

                                        /s/ Laurence M. Rosen
                                        Laurence M. Rosen

- 5 -
**JOINT STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT**