**DENIED**
BY ORDER OF THE COURT
NO SHOWING OF GOOD CAUSE
5/23/18

*[signature]*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL CHECKMAN, Individually And On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ALLEGIANT TRAVEL COMPANY, MAURICE J. GALLAGHER, JR., and SCOTT SHELDON,<br><br>Defendants. | Case No: 2:18-cv-03417-JFW-AS<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT** |

Having reviewed the Parties' Joint Stipulation Extending Time to Respond to Complaint filed with the Court on May 22, 2018, and good cause appearing:

IT IS HEREBY ORDERED that:

1. The undersigned counsel for Defendants is authorized to and does accept service on behalf of Defendants, without prejudice and without waiver of any

- 1 -

of Defendants' defenses, objections, or arguments in this matter or any other matters, except as to sufficiency of service of process.

2. Within fourteen (14) days of an order by the Court appointing lead plaintiff and lead counsel, Defendants and any lead plaintiff(s) appointed by the Court shall, through their respective counsel, confer and jointly submit a proposed schedule for the filing of any amended complaint and for the filing of a responsive pleading, including a briefing schedule with respect to any anticipated motions to dismiss.

3. Defendants shall not be required to answer, move, or otherwise substantively respond to the Complaint or any amended complaint until the date agreed upon by the Parties in the proposed schedule described in paragraph 2 above, if approved by the Court, or until such other further order by the Court.

DATED: _____

**DENIED**
BY ORDER OF THE COURT
_____
HON. JOHN F. WALTER
U.S. DISTRICT COURT JUDGE

- 2 -

**[PROPOSED] ORDER GRANTING JOINT STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT**