Laurence M. Rosen, Esq. (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

[Proposed] Lead Counsel for Plaintiff and Class

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL CHECKMAN, Individually And On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ALLEGIANT TRAVEL COMPANY, MAURICE J. GALLAGHER, JR., and SCOTT SHELDON,<br><br>Defendants. | No. 2:18-cv-03417-JFW-AS<br><br>**MOTION OF CHARLES BRENDON FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF CHOICE OF COUNSEL**<br><br><u>CLASS ACTION</u><br><br>Judge: Hon. John F. Walter<br>Hearing Date: July 23, 2018<br>Time: 1:30 p.m.<br>CTRM: 7A – First Street Courthouse |

1

MOTION OF CHARLES BRENDON FOR APPOINTMENT AS LEAD PLAINTIFF AND
APPROVAL OF CHOICE OF COUNSEL; No. 2:18-cv-03417-JFW-AS

**PLEASE TAKE NOTICE** that on Monday, July 23, 2018 at 1:30 p.m. before the Honorable John F. Walter in Courtroom 7A, First Street Courthouse, 350 West First Street, Los Angeles, California 90012, movant Charles Brendon ("Movant") will, and does move this Court for an order granting his Motion for: (1) appointment of Movant as Lead Plaintiff of the Class; and (2) approval of Movant's selection of The Rosen Law Firm, P.A. as Lead Counsel for Lead Plaintiff and the Class.

This Motion is brought pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 ("Exchange Act"), 15 U.S.C. § 78u-4(a)(3)(B), on the grounds (1) that Movant should be appointed Lead Plaintiff for the class of all purchasers or acquirers of Allegiant Travel Company securities during the period between June 8, 2015 and April 13, 2018, inclusive (the "Class Period"), as Movant has timely made this Motion, has the largest financial interest and otherwise satisfies the pertinent requirements of Federal Rule of Civil Procedure 23; and (2) that Movant's selection of The Rosen Law Firm, P.A. as Lead Counsel should be approved as the firm is well qualified and has extensive experience in cases of this type.

In support of this Motion, Movant files herewith a memorandum of points and authorities, the Declaration of Laurence M. Rosen, a certification and notice of interested parties, and a proposed order.

Local Rule 7-3 requires a conference of counsel prior to filing motions. Due to the PSLRA's lead plaintiff procedure, however, Movant does not yet know which other entities or persons plan to move for appointment as lead plaintiff until after all the movants have filed their respective motions. Under these circumstances, Movant respectfully requests that the conferral requirement of Local Rule 7-3 be waived.

MOTION OF CHARLES BRENDON FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF CHOICE OF COUNSEL; No. 2:18-cv-03417-JFW-AS

| | | |
|---|---|---|
|1| Dated: June 25, 2018 | Respectfully submitted, |
|2| | |
|3| | **THE ROSEN LAW FIRM, P.A.** |
|4| | /s/ Laurence M. Rosen |
|5| | Laurence M. Rosen, Esq. (SBN 219683)<br>355 South Grand Avenue, Suite 2450 |
|6| | Los Angeles, CA 90071 |
|7| | Telephone: (213) 785-2610<br>Facsimile: (213) 226-4684 |
|8| | Email: lrosen@rosenlegal.com |
|9| | |
|10| | [Proposed] Lead Counsel for Plaintiff and Class |

MOTION OF CHARLES BRENDON FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF CHOICE OF COUNSEL; No. 2:18-cv-03417-JFW-AS

# CERTIFICATE OF SERVICE

I, Laurence M. Rosen, hereby declare under penalty of perjury as follows: I am the managing attorney of The Rosen Law Firm, P.A., with offices at 355 South Grand Avenue, Suite 2450, Los Angeles, CA 90071. I am over the age of eighteen.

On June 25, 2018, I electronically filed the following **MOTION OF CHARLES BRENDON FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF CHOICE OF COUNSEL** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record. Executed on June 25, 2018.

/s/ Laurence M. Rosen
Laurence M. Rosen