NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Laurence M. Rosen, Esq. (SBN 219683)
THE ROSEN LAW FIRM, P.A.
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

ATTORNEY(S) FOR: Lead Plaintiff Movant Charles Brendon

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL CHECKMAN, Individually And On Behalf Of All Others Similarly Situated, Plaintiff(s), v. ALLEGIANT TRAVEL COMPANY, MAURICE J. GALLAGHER, JR., and SCOTT SHELDON, Defendant(s) | CASE NUMBER: 2:18-cv-03417-JFW-AS  **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** (Local Rule 7.1-1) |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _Lead Plaintiff Movant Charles Brendon_ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| **PARTY** | **CONNECTION / INTEREST** |
|---|---|
| Charles Brendon | Lead Plaintiff Movant |

6/25/2018                                    /s/Laurence M. Rosen
Date                                              Signature

Attorney of record for (or name of party appearing in pro per):

Lead Plaintiff Movant Charles Brendon