1

Laurence M. Rosen, Esq. (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**

2

355 South Grand Avenue, Suite 2450

3

Los Angeles, CA 90071
Telephone: (213) 785-2610

4

Facsimile: (213) 226-4684

5

Email: lrosen@rosenlegal.com

6

Counsel for Movant and [Proposed]

7

Lead Counsel for Class

8

UNITED STATES DISTRICT COURT

9

CENTRAL DISTRICT OF CALIFORNIA

10

| | | |
|---|---|---|
| DANIEL CHECKMAN, Individually And On Behalf Of All Others Similarly Situated, | ) ) ) | No. 2:18-cv-03417-JFW-AS |
| | ) ) ) | **NOTICE OF NON-OPPOSITION TO LEAD PLAINTIFF MOTION OF CHARLES BRENDON, DKT. NO. 12** |
| Plaintiff, | ) ) ) | |
| v. | ) ) | |
| ALLEGIANT TRAVEL COMPANY, MAURICE J. GALLAGHER, JR., and SCOTT SHELDON, | ) ) ) ) | CLASS ACTION |
| | ) ) | Judge: Hon. John F. Walter |
| Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Hearing Date: July 23, 2018 Time: 1:30 p.m. CTRM:  7A – First Street Courthouse |

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

NOTICE OF NON-OPPOSITION TO LEAD PLAINTIFF MOTION OF CHARLES BRENDON,
DKT. NO. 12 – No. 2:18-cv-03417-JFW-AS

1
2
3
4

Lead Plaintiff Movant Charles Brendon ("Movant") respectfully submits this Notice of Non-Opposition to His Motion for Appointment as Lead Plaintiff and Approval of His Selection of The Rosen Law Firm, P.A. as Lead Counsel (the "Lead Plaintiff Motion"). *See* Dkt. No. 12.

5
6
7
8
9
10

The deadline for class members seeking appointment as lead plaintiff in the above-captioned action was June 25, 2018. On that day, Movant was the only person or entity to file a lead plaintiff motion. *See* Dkt. No. 12. Pursuant to Local Civil Rule 7-9, any opposition to that motion was due on July 2, 2018. To date, no opposition has been filed. Thus, the Court should grant Movant's Lead Plaintiff Motion because it is unopposed.

11

12    Dated:   July 17, 2018                     Respectfully submitted,

13
14                                               **THE ROSEN LAW FIRM, P.A.**

15                                               /s/ Laurence Rosen, Esq.
                                                 Laurence M. Rosen, Esq. (SBN 219683)
16                                               355 South Grand Avenue, Suite 2450
17                                               Los Angeles, CA 90071
                                                 Telephone: (213) 785-2610
18                                               Facsimile: (213) 226-4684
19                                               Email: lrosen@rosenlegal.com

20
                                                 Counsel for Movant and [Proposed]
21                                               Lead Counsel for Class

22
23
24
25
26
27
28

2

NOTICE OF NON-OPPOSITION TO LEAD PLAINTIFF MOTION OF CHARLES BRENDON,
DKT. NO. 12 – No. 2:18-cv-03417-JFW-AS

**CERTIFICATE OF SERVICE**

I, Laurence M. Rosen, hereby declare under penalty of perjury as follows:
I am the managing attorney of The Rosen Law Firm, P.A., with offices at 355 South Grand Avenue, Suite 2450, Los Angeles, CA 90071.  I am over the age of eighteen.

On July 17, 2018, I electronically filed the following **NOTICE OF NON-OPPOSITION TO LEAD PLAINTIFF MOTION OF CHARLES BRENDON, DKT. No. 12** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on July 17, 2018.

/s/ Laurence Rosen
Laurence M. Rosen

3

NOTICE OF NON-OPPOSITION TO LEAD PLAINTIFF MOTION OF CHARLES BRENDON,
DKT. NO. 12 – No. 2:18-cv-03417-JFW-AS