**DENIED**
BY ORDER OF THE COURT

NO SHOWING OF GOOD CAUSE
**For such an extended briefing schedule**
**8/17/18**

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

DANIEL CHECKMAN, Individually And On Behalf Of All Others Similarly Situated,

Plaintiff,

v.

ALLEGIANT TRAVEL COMPANY, MAURICE J. GALLAGHER, JR., and SCOTT SHELDON,

Defendants.

Case No: 2:18-cv-03417-JFW-AS

**[PROPOSED] ORDER SETTING SCHEDULE FOR FILING OF AMENDED CLASS ACTION COMPLAINT AND BRIEFING ON MOTION TO DISMISS**

Having reviewed the Parties' Joint Stipulation Setting Schedule for Filing of Amended Class Action Complaint and Briefing on Motion to Dismiss and the Declaration of Laurence M. Rosen in Support of Good Cause thereof, filed with the Court on August 15, 2018, and good cause appearing:

IT IS HEREBY ORDERED that:

1. Defendants need not respond to the Initial Complaint. The August 20, 2018 deadline to respond to the Initial Complaint is vacated;

2. Lead Plaintiff shall file and serve an Amended Complaint by September 14, 2018;

1     3.     The time for Defendants to answer, move or otherwise plead in response to the Amended Complaint is hereby extended to sixty (60) days following service of the Amended Complaint by the Lead Plaintiff;

    4.     Should any Defendant move to dismiss the Amended Complaint, Lead Plaintiff shall have forty-five (45) days to file an opposition to any motion to dismiss and Defendants shall have thirty (30) days to file any reply;

    5.     Nothing herein shall be deemed to constitute a waiver of any rights, defenses, objections or any other application to any court that any party may have with respect to the claims set forth in the Initial Complaint already filed in this action.

**DENIED**

DATED: _____

BY ORDER OF THE COURT
HON. JOHN F. WALTER
U.S. DISTRICT COURT JUDGE

[PROPOSED] ORDER GRANTING JOINT STIPULATION SETTING SCHEDULE FOR FILING OF AMENDED CLASS ACTION COMPLAINT AND BRIEFING ON MOTION TO DISMISS