Daniel J. Tyukody, Esq. (SBN 123323)
**GREENBERG TRAURIG LLP**
1840 Century Park East, Suite 1900
Los Angeles, CA 90067
Telephone: 310.586.7723
Email: tyukodyd@gtlaw.com

*Counsel for Defendants*

Laurence M. Rosen, Esq. (SBN 219683)
**The Rosen Law Firm, P.A.**
355 South Grand Ave., Suite 2450
Los Angeles, CA 90071
Telephone: 213.785.2610
Facsimile: 213.226.4684
Email: lrosen@rosenlegal.com

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL CHECKMAN, Individually And On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ALLEGIANT TRAVEL COMPANY, MAURICE J. GALLAGHER, JR., and SCOTT SHELDON,<br><br>Defendants. | Case No: 2:18-cv-03417-JFW-AS<br><br>**JOINT STIPULATION TO TRANSFER VENUE TO THE DISTRICT OF NEVADA** |

Lead Plaintiff Charles Brendon, individually and on behalf of all others similarly situated ("Plaintiff"), by and through his respective counsel, and Defendants Allegiant Travel Company ("Allegiant"), Maurice J. Gallagher, Jr., and Scott Sheldon (the "Individual Defendants"), by and through their respective counsel (collectively, "Defendants," and with Plaintiff, the "Parties"), hereby submit this Joint Stipulation to Transfer Venue to the United States District Court for the District of Nevada pursuant to 28 U.S.C. § 1404(a).

WHEREAS, on April 24, 2018, Plaintiff Daniel Checkman filed a complaint in the United States District Court for the Central District of California, captioned *Checkman v. Allegiant Travel Company, et al.*, No. 2:18-cv-03417, alleging violations of Sections 10(b) and 20(a) of the Securities Act of 1943 (the "Securities Act"), which case was assigned to the Honorable John F. Walter;

WHEREAS, for the convenience of the parties and witnesses and the interests of justice, 28 U.S.C. § 1404(a) permits a court to transfer any action to any other district where the action might have been brought or to which all parties have consented;

WHEREAS, the Parties support transfer of this action from the Central District of California to the District of Nevada because Defendant Allegiant is incorporated and has its principal place of business in Las Vegas, Nevada; Defendants Maurice J. Gallagher, Jr., and Scott Sheldon live in Las Vegas; Allegiant's corporate witnesses reside and work in Las Vegas; and the bulk of the relevant discovery, such as Allegiant's corporate files, is located in Las Vegas.

WHEREAS, transfer is appropriate under 28 U.S.C. § 1404(a) because this action could have initially been brought in the District of Nevada;

WHEREAS, counsel for the Parties have met and conferred and agree that for the convenience of all parties and witnesses, and in the interests of justice, this action should be transferred to the District of Nevada pursuant to 28 U.S.C. § 1404(a);

THEREFORE, IT IS HEREBY STIPULATED AND AGREED as follows: (1) the Parties stipulate to and request that the Court enter an Order transferring this action from

the Central District of California, to the District of Nevada, pursuant to 28 U.S.C. § 1404(a); and (2) the Parties shall bear their own respective costs and fees, including attorneys' fees, relating to the transfer.

**IT IS SO STIPULATED.**

Respectfully submitted this 10th day of September 2018.

Dated: September 10, 2018     **GREENBERG TRAURIG LLP**

By: /s/ Daniel J. Tyukody
Daniel J. Tyukody
1840 Century Park East, Suite 1900
Los Angeles, CA 90067
Telephone: 310.586.7723
Email: tyukodyd@gtlaw.com
*Counsel for Defendants*

Dated: September 10, 2018     **THE ROSEN LAW FIRM, P.A.**

By: /s/ Laurence M. Rosen
Laurence M. Rosen, Esq.
355 South Grand Ave., Suite 2450
Los Angeles, CA 90071
Telephone: 213.785.2610
Email: lrosen@rosenlegal.com
*Counsel for Plaintiffs*

### ATTESTATION OF COUNSEL

I, Daniel J. Tyukody, am the CM/ECF user whose ID and password are being used to file this Joint Stipulation to Transfer Venue to the District of Nevada. Pursuant to Local Civil Rule 5-1(i)(3), I hereby attest that Laurence M. Rosen, on whose behalf this filing is jointly submitted, has concurred in this filing.

/s/  Daniel J. Tyukody
Daniel J. Tyukody

# **CERTIFICATE OF SERVICE**

I, Daniel J. Tyukody, an attorney, hereby certify that on September 10, 2018, I caused a complete and accurate copy of the foregoing is to be served via this Court's ECM/ECF notification system, which will serve electronically to all participants in the case.

      /s/ Daniel J. Tyukody
      Daniel J. Tyukody.