ACCO,(ASx),CLOSED,DISCOVERY,MANADR,TRANSFERRED

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA (Western Division – Los Angeles)
# CIVIL DOCKET FOR CASE #: 2:18–cv–03417–JFW–AS

Daniel Checkman v. Allegiant Travel Company et al

Assigned to: Judge John F. Walter
Referred to: Magistrate Judge Alka Sagar
Cause: 15:78m(a) Securities Exchange Act

Date Filed: 04/24/2018
Date Terminated: 09/11/2018
Jury Demand: Plaintiff
Nature of Suit: 850 Securities/Commodities
Jurisdiction: Federal Question

**Plaintiff**

**Daniel Checkman**
*Individdually And On Behalf Of All Others*
*Similarly Situated*

represented by  **Laurence M Rosen**
Rosen Law Firm PA
355 South Grand Avenue Suite 2450
Los Angeles, CA 90071
213–785–2610
Fax: 213–226–4684
Email: lrosen@rosenlegal.com
*ATTORNEY TO BE NOTICED*

V.

**Movant**

**Charles Brendon**

represented by  **Laurence M Rosen**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Allegiant Travel Company**

represented by  **Daniel J Tyukody , Jr**
Greenberg Traurig LLP
1840 Century Park East Suite 1900
Los Angeles, CA 90067–2121
310–586–7700
Fax: 310–586–7800
Email: tyukodyd@gtlaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Maurice J. Gallagher, Jr.**

represented by  **Daniel J Tyukody , Jr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Scott Sheldon**

represented by  **Daniel J Tyukody , Jr**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/24/2018 | Ï 1 | COMPLAINT Receipt No: 0973–21636888 – Fee: $400, filed by Plaintiff Daniel Checkman. (Attachments: # 1 PSLRA Certification) (Attorney Laurence M Rosen added to party Daniel Checkman(pty:pla))(Rosen, Laurence) (Entered: 04/24/2018) |
| 04/24/2018 | Ï 2 | CIVIL COVER SHEET filed by Plaintiff Daniel Checkman. (Rosen, Laurence) (Entered: 04/24/2018) |
| 04/24/2018 | Ï 3 | Request for Clerk to Issue Summons on Complaint (Attorney Civil Case Opening) 1 filed by Plaintiff Daniel Checkman. (Rosen, Laurence) (Entered: 04/24/2018) |
| 04/24/2018 | Ï 4 | CERTIFICATE of Interested Parties filed by Plaintiff Daniel Checkman, (Rosen, Laurence) (Entered: 04/24/2018) |
| 04/25/2018 | Ï 5 | NOTICE OF ASSIGNMENT to District Judge John F. Walter and Magistrate Judge Alka Sagar. (esa) (Entered: 04/25/2018) |
| 04/25/2018 | Ï 6 | NOTICE TO PARTIES OF COURT–DIRECTED ADR PROGRAM filed. (esa) (Entered: 04/25/2018) |
| 04/25/2018 | Ï 7 | 21 DAY Summons issued re Complaint 1 as to defendants Allegiant Travel Company, Maurice J. Gallagher, Jr., Scott Sheldon. (esa) (Entered: 04/25/2018) |
| 04/27/2018 | Ï 8 | TEXT ONLY ENTRY by chambers of Judge John F. Walter. The Court has not received the mandatory courtesy copies of all case opening documents. Counsel shall deliver the documents to chambers by 10:30 a.m. on April 30, 2018. (Refer to Court's Standing Order and Local Rule 5–4.5) Failure to comply may result in an Order to Show Cause re Dismissal and/or Sanctions for Failure to Comply with Rules. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (sr) TEXT ONLY ENTRY (Entered: 04/27/2018) |
| 04/27/2018 | Ï 9 | STANDING ORDER by Judge John F. Walter. READ THIS ORDER CAREFULLY. IT CONTROLS THE CASE AND DIFFERS IN SOME RESPECTS FROM THE LOCAL RULES. This action has been assigned to the calendar of Judge John F. Walter. (iv) (Entered: 04/27/2018) |
| 05/22/2018 | Ï 10 | STIPULATION for Order Extending Defendants' Time to Answer or Otherwise Respond to the Complaint and Accepting Service filed by Plaintiff Daniel Checkman. (Attachments: # 1 Proposed Order)(Rosen, Laurence) (Entered: 05/22/2018) |
| 05/23/2018 | Ï 11 | ORDER DENYING JOINT STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT 10 by Judge John F. Walter. DENIED BY ORDER OF THE COURT. NO SHOWING OF GOOD CAUSE. (iv) (Entered: 05/23/2018) |
| 06/25/2018 | Ï 12 | NOTICE OF MOTION AND MOTION for Appointment of Counsel *and Lead Plaintiff* filed by Movant Charles Brendon. Motion set for hearing on 7/23/2018 at 01:30 PM before Judge John F. Walter. (Attachments: # 1 Proposed Order) (Attorney Laurence M Rosen added to party Charles Brendon(pty:mov)) (Rosen, Laurence) (Entered: 06/25/2018) |
| 06/25/2018 | Ï 13 | MEMORANDUM in Support of NOTICE OF MOTION AND MOTION for Appointment of Counsel *and Lead Plaintiff* 12 filed by Movant Charles Brendon. (Rosen, Laurence) (Entered: 06/25/2018) |
| 06/25/2018 | Ï 14 | DECLARATION of Laurence M. Rosen in support of NOTICE OF MOTION AND MOTION for Appointment of Counsel *and Lead Plaintiff* 12 filed by Movant Charles Brendon. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4)(Rosen, Laurence) (Entered: 06/25/2018) |
| 06/25/2018 | Ï 15 | |

| | | |
|---|---|---|
| | | Certification and Notice of Interested Parties filed by Movant Charles Brendon, (Rosen, Laurence) (Entered: 06/25/2018) |
| 07/05/2018 | 16 | WAIVER OF SERVICE Returned Executed filed by Movant Charles Brendon. upon Allegiant Travel Company waiver sent by Plaintiff on 6/20/2018, answer due 8/20/2018. Waiver of Service signed by Daniel J. Tyukody. (Rosen, Laurence) (Entered: 07/05/2018) |
| 07/05/2018 | 17 | WAIVER OF SERVICE Returned Executed filed by Movant Charles Brendon. upon Maurice J. Gallagher, Jr. waiver sent by Plaintiff on 6/20/2018, answer due 8/20/2018. Waiver of Service signed by Daniel J. Tyukody. (Rosen, Laurence) (Entered: 07/05/2018) |
| 07/05/2018 | 18 | WAIVER OF SERVICE Returned Executed filed by Movant Charles Brendon. upon Scott Sheldon waiver sent by Plaintiff on 6/20/2018, answer due 8/20/2018. Waiver of Service signed by Daniel J. Tyukody. (Rosen, Laurence) (Entered: 07/05/2018) |
| 07/16/2018 | 21 | MINUTES (IN CHAMBERS) ORDER GRANTING MOTION OF CHARLES BRENDON FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF CHOICE OF COUNSEL [filed 6/25/18; Docket No. 12 ] by Judge John F. Walter. Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7–15, the Court finds that this matter is appropriate for decision without oral argument. The hearing calendared for July 23, 2018 is hereby vacated and the matter taken off calendar. After considering the moving papers, and the arguments therein, the Court rules as follows: The Court GRANTS Brendon's Motion. The Court appoints Brendon as Lead Plaintiff. In addition, the Court appoints Rosen as Lead Counsel. (iv) (Entered: 07/17/2018) |
| 07/17/2018 | 19 | NOTICE OF NON–OPPOSITION to NOTICE OF MOTION AND MOTION for Appointment of Counsel *and Lead Plaintiff* 12 filed by Movant Charles Brendon. (Rosen, Laurence) (Entered: 07/17/2018) |
| 07/17/2018 | 20 | NOTICE of Waiver of Oral Argument filed by Movant Charles Brendon. (Rosen, Laurence) (Entered: 07/17/2018) |
| 07/17/2018 | 22 | DECLARATION *of Lead Trial Counsel re: Compliance with Local Rules Governing Electronic Filing* filed by Movant Charles Brendon, Plaintiff Daniel Checkman. (Rosen, Laurence) (Entered: 07/17/2018) |
| 08/15/2018 | 23 | Joint STIPULATION for Order Setting Schedule for Filing of Amended Class Action Complaint and Briefing on Motion to Dismiss; Declaration of Laurence M. Rosen in Support of Good Cause Thereof filed by Lead Plaintiff Charles Brendon. (Attachments: # 1 Proposed Order, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3)(Rosen, Laurence) (Entered: 08/15/2018) |
| 08/17/2018 | 24 | DENIED ORDER SETTING SCHEDULE FOR FILING OF AMENDED CLASS ACTION COMPLAINT AND BRIEFING ON MOTION TO DISMISS 23 by Judge John F. Walter. DENIED BY ORDER OF THE COURT. (iv) (Entered: 08/17/2018) |
| 08/20/2018 | 25 | STIPULATION Extending Time to Answer the complaint as to Scott Sheldon answer now due 9/17/2018; Maurice J. Gallagher, Jr. answer now due 9/17/2018; Allegiant Travel Company answer now due 9/17/2018, re Complaint (Attorney Civil Case Opening) 1 filed by Defendants Scott Sheldon; Maurice J. Gallagher, Jr.; Allegiant Travel Company.(Tyukody, Daniel) (Entered: 08/20/2018) |
| 09/10/2018 | 26 | Joint STIPULATION to Transfer Case to District of Nevada filed by Defendants Allegiant Travel Company, Maurice J. Gallagher, Jr., Scott Sheldon. (Attachments: # 1 Proposed Order)(Tyukody, Daniel) (Entered: 09/10/2018) |
| 09/11/2018 | 27 | ORDER GRANTING JOINT STIPULATION TO TRANSFER VENUE TO THE DISTRICT OF NEVADA 26 by Judge John F. Walter. The Court, having reviewed and considered the stipulated transfer of this action, does hereby order that this action be transferred from the United States |

District Court for the Central District of California to the United States District Court for the District of Nevada. Case transferred electronically. (MD JS−6. Case Terminated.) (iv) (Entered: 09/11/2018)