Daniel J. Tyukody, Esq. (SBN 123323)
**GREENBERG TRAURIG LLP**
1840 Century Park East, Suite 1900
Los Angeles, CA 90067
Telephone: 310.586.7723
Email: tyukodyd@gtlaw.com
*Counsel for Defendants*

Laurence M. Rosen, Esq. (SBN 219683)
**The Rosen Law Firm, P.A.**
355 South Grand Ave., Suite 2450
Los Angeles, CA 90071
Telephone: 213.785.2610
Email: lrosen@rosenlegal.com
*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL CHECKMAN, Individually And On Behalf Of All Others Similarly Situated,<br><br>　　Plaintiff,<br><br>　　v.<br><br>ALLEGIANT TRAVEL COMPANY, MAURICE J. GALLAGHER, JR., and SCOTT SHELDON,<br><br>　　Defendants. | Case No: 2:18-cv-03417-JFW-AS<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint Served:　　　　June 20, 2018<br>Current Response Date:　Aug. 20, 2018<br>New Response Date:　　　Sept. 17, 2018 |

WHEREAS, on April 24, 2018, Plaintiff Daniel Checkman ("Plaintiff") filed a complaint against Allegiant Travel Company, Maurice J. Gallagher, Jr., and Scott Sheldon (collectively, "Defendants") in the above-captioned case (the "Action") alleging violations of the Securities Exchange Act of 1934 (the "Initial Complaint");

WHEREAS, by Order entered July 17, 2018, the Court appointed Charles Brendon as Lead Plaintiff and approved of his selection of The Rosen Law Firm, P.A. as Lead Counsel;

WHEREAS, on August 15, 2018, the Parties filed a Stipulation and Proposed Order Setting Schedule for Filing of Amended Class Action Complaint and Briefing on Motion to Dismiss (ECF No. 23) (the "Stipulation and Proposed Order"), which was denied by the Court on August 17, 2018 for not showing good cause for "such an extended briefing schedule";

WHEREAS, the deadline for Defendants to respond to the Initial Complaint is August 20, 2018;

WHEREAS, Defendants have requested and Lead Plaintiff has agreed to a twenty-eight (28) day extension for Defendants to respond to the Initial Complaint in light of the number and importance of the issues to be raised, such that the deadline would be Monday, September 17, 2018. This will also provide the Parties added time to discuss and submit a revised Stipulation and Proposed Order for Court approval;

WHEREAS, Local Rule 8-3 states that "A stipulation extending the time to respond to the initial complaint shall be filed with the Clerk. If the stipulation, together with any prior stipulations, does not extend the time for more than a cumulative total of thirty (30) days from the date the response initially would have been due, the stipulation need not be approved by the judge. Any such stipulation must have as its title 'Stipulation to Extend Time to Respond to Initial Complaint By Not More than 30 days (L.R. 8- 3).'"

NOW, THEREFORE, by and through their respective counsel of record, the Parties hereby stipulate and agree that Defendants may have a twenty-eight (28) day extension, up to and including September 17, 2018, to file an answer or otherwise respond to the Initial Complaint, and nothing in this Stipulation shall be construed as a waiver of Lead Plaintiff's right to subsequently amend the Initial Complaint pursuant to Federal Rule of Civil Procedure 15.

Dated: August 20, 2018

**GREENBERG TRAURIG LLP**

By: /s/ Daniel J. Tyukody
Daniel J. Tyukody
1840 Century Park East, Suite 1900
Los Angeles, CA 90067
Telephone: 310.586.7723
Email: tyukodyd@gtlaw.com
*Counsel for Defendants*

Dated: August 20, 2018

**THE ROSEN LAW FIRM, P.A.**

By: /s/ Laurence M. Rosen
Laurence M. Rosen, Esq.
355 South Grand Ave., Suite 2450
Los Angeles, CA 90071
Telephone: 213.785.2610
Email: lrosen@rosenlegal.com
*Counsel for Plaintiffs*

IT IS ORDERED that this stipulation is DENIED as moot. On September 17, 2018, the parties filed a stipulation (ECF No. 31) to allow plaintiff to file an amended complaint, vacate the deadline for filing a response to the initial complaint, and set a briefing schedule for any defendant to file a motion to dismiss.

Dated this 20th day of September, 2018.

Peggy A. Leen
United States Magistrate Judge