MARK F. FERRARIO, ESQ.
Nevada Bar No. 1625
JASON K. HICKS, ESQ.
Nevada Bar No. 13149
GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135
Telephone: (702) 792-3773
Facsimile:  (702) 792-9002
Email: ferrariom@gtlaw.com
       hicksja@gtlaw.com

DANIEL J. TYUKODY, ESQ.
*Pro Hac Vice Forthcoming*
GREENBERG TRAURIG, LLP
1840 Century Park East, Suite 1900
Los Angeles, CA 90067
Telephone: (310) 586-7723
Facsimile:  (310) 586-7800
Email: tyukodyd@gtlaw.com

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL CHECKMAN, Individually And Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ALLEGIANT TRAVEL COMPANY, MAURICE J. GALLAGHER, JR., and SCOTT SHELDON,<br><br>Defendants. | Case No.: 2:18-cv-01758-APG-PAL<br><br>**STIPULATION AND [PROPOSED] ORDER SETTING SCHEDULE FOR FILING OF AMENDED CLASS ACTION COMPLAINT AND BRIEFING ON MOTION TO DISMISS**<br><br>**(First Request)** |

Plaintiff Daniel Checkman, individually and behalf of all others similarly situated ("Plaintiff"), and Defendants Allegiant Travel Company; Maurice J. Gallagher, Jr.; and Scott Sheldon ("Defendants"), by and through their counsel of record, stipulate and request that the Court approve the following deadline by which Plaintiff shall file an Amended Complaint and approve the proposed briefing schedule on the same. This Stipulation is made and based upon the following:

    1.    On April 24, 2018, Plaintiff filed a complaint against Defendants in the United States District Court for the Central District of California (the "Central District") captioned *Checkman v.*

*Allegiant Travel Company, et al.*, No. 2:18-cv-03417-JFW, which alleged violations of the Securities Exchange Act of 1934 (the "Initial Complaint").

2. By Order entered July 17, 2018 (ECF No. 21), the Central District appointed Charles Brendon as Lead Plaintiff and approved of his selection of The Rosen Law Firm, P.A. as Lead Counsel.

3. On August 20, 2018, the Parties filed, as a matter of right, a Stipulation to Extend Time to Respond to Initial Complaint By Not More Than 30 Days Pursuant to the Central District's Local Rule 8-3 (ECF No. 25), which provided that Defendants' answer, motion, or other responsive pleadings to the Initial Complaint was due on September 17, 2018.

4. On September 10, 2018, the Parties filed a Joint Stipulation to Transfer Venue to the District of Nevada (ECF No. 26) for the convenience of all parties and witnesses, and in the interests of justice, pursuant to 28 U.S.C. § 1404(a).

5. By Order entered on September 11, 2018 (ECF No. 27), the Central District transferred the action from the Central District to the United States District Court for the District of Nevada (the "District of Nevada") and further ordered the Clerk for the Central District to forward all filings in the action to the Clerk for the District of Nevada.

6. On September 11, 2018, the Central District issued a Notice of Receipt of Electronic Case Transfer from the District of Nevada (ECF No. 28) indicating that this action has been designated Case Number 18-cv-01758.

7. The Parties believe that good cause exists to set the schedule provided below for the filing of an Amended Class Action Complaint (the "Amended Complaint") and briefing deadlines on Defendants' anticipated Motion to Dismiss because the schedule would promote the interests of justice and efficiency, and conserve the resources of the parties and the Court.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between counsel for the parties listed below, that:

1. Defendants need not respond to the Initial Complaint. The September 17, 2018 deadline to respond to the Initial Complaint is vacated.

2. Lead Counsel shall file and serve an Amended Complaint by October 22, 2018.

GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

3. The time for Defendants to answer, move, or otherwise plead in response to the Amended Complaint is hereby extended to sixty (60) days following service of the Amended Complaint by the Lead Plaintiff (Friday, December 21, 2018).

4. Should any Defendant move to dismiss or strike the Amended Complaint, Lead Plaintiff shall have forty-five (45) days to file an opposition to any such motion (Monday, February 4, 2019), and Defendants shall have thirty (30) days to file any reply (Wednesday, March 6, 2019).

5. Nothing herein shall be deemed to constitute a waiver of any rights, defenses, objections or any other application to any court that any party may have with respect to the claims set forth in the Initial Complaint already filed in this action.

**IT IS SO STIPULATED**.

Dated this 17th day of September 2018.

**GREENBERG TRAURIG, LLP**

*/s/ Mark E. Ferrario*
MARK F. FERRARIO, ESQ.
Nevada Bar No. 1625
JASON K. HICKS, ESQ.
Nevada Bar No. 13149
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135
Email: ferrariom@gtlaw.com
           hicksja@gtlaw.com

DANIEL J. TYUKODY, ESQ.
*Pro Hac Vice Forthcoming*
1840 Century Park East, Suite 1900
Los Angeles, CA 90067
Email: tyukodyd@gtlaw.com

*Attorneys for Defendants*

Dated this 17th day of September 2018.

**LEVERTY & ASSOCIATES LAW CHTD.**

*/s/ Patrick R. Leverty*
PATRICK R. LEVERTY, ESQ.
Nevada Bar No. 8840
Reno Gould House
832 Willow Street
Reno, NV 89502
Telephone: (775) 322-6636
Facsimile: (775) 322-3953
Email: pat@levertylaw.com

LAURENCE M. ROSEN, ESQ.
*Pro Hac Vice Forthcoming*
THE ROSEN LAW FIRM, P.A.
355 South Grand Ave., Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Attorneys for Plaintiffs*

**IT IS SO ORDERED.**

UNITED STATES MAGISTRATE JUDGE

DATED: September 20, 2018

3

LV 421206175v2