```
 1
 2
 3
 4
 5
 6                     UNITED STATES DISTRICT COURT
                             DISTRICT OF NEVADA
 7
 8   DANIEL CHECKMAN, Individually And    )   Case # 2:18-cv-01758-APG-PAL
 9   Behalf Of All Others Similary Situated, )
                                            )
10         Plaintiff(s),                    )   VERIFIED PETITION FOR
                                            )   PERMISSION TO PRACTICE
11      vs.                                 )   IN THIS CASE ONLY BY
     ALLEGIANT TRAVEL COMPANY,              )   ATTORNEY NOT ADMITTED
12   MAURICE J. GALLAGHER, JR., and         )   TO THE BAR OF THIS COURT
     SCOTT SHELDON,                         )   AND DESIGNATION OF
13                                          )   LOCAL COUNSEL
           Defendant(s).                    )
14                                          )   FILING FEE IS $250.00
```

15

16        _____Daniel J. Tyukody_____, Petitioner, respectfully represents to the Court:
                (name of petitioner)

17        1.   That Petitioner is an attorney at law and a member of the law firm of

18   _____GREENBERG TRAURIG, LLP_____
                                    (firm name)

19

20   with offices at _____1840 Century Park East, Suite 1900_____,
                                    (street address)

21   ____Los Angeles____, ____California____, ____90067____,
           (city)              (state)              (zip code)

22

23   ____310-586-7700____, ____tyukodyd@gtlaw.com____.
     (area code + telephone number)     (Email address)

24        2.   That Petitioner has been retained personally or as a member of the law firm by

25   __Allegiant Travel Company, et al. (see attach.)__ to provide legal representation in connection with
                    [client(s)]

26

27   the above-entitled case now pending before this Court.

28                                                                          Rev. 5/16

|    |    |    |
|----|----|----|
| 1  | 3. That since ___June 10, 1986___, Petitioner has been and presently is a |
| 2  | member in good standing of the bar of the highest Court of the State of ___California___ |
| 3  | where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or |
| 4  | from the clerk of the supreme court or highest admitting court of each state, territory, or insular |
| 5  | possession of the United States in which the applicant has been admitted to practice law certifying |
| 6  | the applicant's membership therein is in good standing. |

3. That since ___June 10, 1986___ (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of ___California___ (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Central District of California | June 23, 1986 | 123323 |
| Ninth Circuit Court of Appeals | March 25, 1994 | 123323 |
| Southern District of California | July 24, 1996 | 123323 |
| U.S. Supreme Court | June 16, 2008 | 123323 |
|  |  |  |
|  |  |  |
|  |  |  |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

(State "none" if Petitioner has no disciplinary proceedings, etc.)

None

2

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

> (State "none" if Petitioner has never been denied admission.)
>
> None

7. That Petitioner is a member of good standing in the following Bar Associations.

> (State "none" if Petitioner is not a member of other Bar Associations.)
>
> California State Bar

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| July 20, 2018 | In re SWITCH, INC. | Eighth Judicial District Court | Granted |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF  California  )
                     )
COUNTY OF  Los Angeles  )

____Daniel J. Tyukody____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

11th day of October, 2018.

_____
Notary Public ~~or Clerk of Court~~

JO KLAUS
Notary Public - California
Los Angeles County
Commission # 2168640
My Comm. Expires Oct 20, 2020

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ____Mark E. Ferrario____, (name of local counsel) Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

____10845 Griffith Peak Drive, Suite 600____,
(street address)

____Las Vegas____, ____Nevada____, ____89135____,
(city)           (state)         (zip code)

____(702) 792-3773____, ____ferrariom@gtlaw.com____.
(area code + telephone number)   (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

### APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Mark E. Ferrario_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____/s/ [signature]_____
(party's signature)

_____GENERAL COUNSEL_____
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____/s/_____
Designated Resident Nevada Counsel's signature

1625                        ferrariom@gtlaw.com
Bar number                  Email address

APPROVED:

Dated: October 23, 2018.

_____/s/_____
UNITED STATES DISTRICT JUDGE

## ATTACHMENT TO VERIFIED PETITION FOR DANIEL J. TYUKODY'S PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL

2. That Petitioner has been retained personally or as a member of the law firm by ALLEGIANT TRAVEL COMPANY, MAURICE J. GALLAGHER, JR., and SCOTT SHELDON to provide legal representation in connection with the above-entitled case now pending before this Court.

**THE STATE BAR OF CALIFORNIA**

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1617     TELEPHONE: 888-800-3400

# CERTIFICATE OF STANDING

September 21, 2018

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, DANIEL JOHN TYUKODY, JR., #123323 was admitted to the practice of law in this state by the Supreme Court of California on June 10, 1986; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Denise Velasco
Custodian of Records