**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

DANIEL CHECKMAN, et al.

   Plaintiff(s),

 vs.

ALLEGIANT TRAVEL COMPANY, et al.,

   Defendant(s).

Case # 2:18-cv-01758-APG-PAL

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_____Zachary Halper_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

The Rosen Law Firm, P.A.
(firm name)

with offices at __275 Madison Ave, 34th Floor__,
(street address)

__New York__, __New York__, __10016__,
(city)            (state)           (zip code)

__212-686-1060__, __zhalper@rosenlegal.com__.
(area code + telephone number)   (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

__Lead Plaintiff Charles Brendon__ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

1     3.     That since _____June 15, 2016_____, Petitioner has been and presently is a
                                            (date)

2 member in good standing of the bar of the highest Court of the State of _____New Jersey_____
                                                                                     (state)

3 where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or

4 from the clerk of the supreme court or highest admitting court of each state, territory, or insular

5 possession of the United States in which the applicant has been admitted to practice law certifying

6 the applicant's membership therein is in good standing.

7     4.     That Petitioner was admitted to practice before the following United States District

8 Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts

9 of other States on the dates indicated for each, and that Petitioner is presently a member in good

10 standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| State of New Jersey | 06/15/2016 | 182912016 |
| State of New York | 02/16/2017 | 5455514 |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

19     5.     That there are or have been no disciplinary proceedings instituted against petitioner,

20 nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory

21 or administrative body, or any resignation or termination in order to avoid disciplinary or

22 disbarment proceedings, except as described in detail below:

None.

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None.

7. That Petitioner is a member of good standing in the following Bar Associations.

None.

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF  New York  )
                    )
COUNTY OF  New York  )

_____Zachary Halper_____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

23rd day of October, 2018.

_____
Notary Public or Clerk of Court

SARA FUKS
NOTARY PUBLIC-STATE OF NEW YORK
No. 02FU6320001
Qualified in New York County
My Commission Expires 3.2.19

**DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.**

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate _____Patrick Leverty_____,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

832 Willow St.
(street address)

Reno , Nevada , 89502
(city)     (state)    (zip code)

775-322-6636 , pat@levertylaw.com
(area code + telephone number)    (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

### APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Patrick Leverty, Esq._____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

Plaintiffs
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

### CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

8840                    pat@levertylaw.com
Bar number              Email address

APPROVED:

Dated: October 25, 2018.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

# Supreme Court of New Jersey



# Certificate of Good Standing

This is to certify that ZACHARY HALPER (No. 182912016) was constituted and appointed an Attorney at Law of New Jersey on June 15, 2016 and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.

I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.

Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.



In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this 1ST day of October, 20 18

*Clerk of the Supreme Court*

-453a-