# EXHIBIT "3"
# Maurice Gallagher's Form 4s

# EXHIBIT "3"
# Maurice Gallagher's Form 4s

# FORM 4

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP OF SECURITIES**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL |
|---|
| OMB Number: 3235-0287 |
| Expires: December 31, 2014 |
| Estimated average burden hours per response... 0.5 |

(Print or Type Responses)

| 1. Name and Address of Reporting Person *<br>GALLAGHER MAURICE J JR | 2. Issuer Name **and** Ticker or Trading Symbol<br>Allegiant Travel CO [ALGT] | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable)<br>_X_ Director    _X_ 10% Owner<br>_X_ Officer (give title below)    ___ Other (specify below)<br>CEO and President |
|---|---|---|
| (Last)    (First)    (Middle)<br>1201 NORTH TOWN CENTER DRIVE | 3. Date of Earliest Transaction (Month/Day/Year)<br>03/09/2016 | |
| (Street)<br>LAS VEGAS, NV 89144 | 4. If Amendment, Date Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line)<br>_X_ Form filed by One Reporting Person<br>___ Form filed by More than One Reporting Person |
| (City)    (State)    (Zip) | | |

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 03/09/2016 | | S | | 250,000 | D | $163.5 | 3,157,607 | D | |
| Common Stock | 03/09/2016 | | S | | 39,200 | D | $163.5 | 200,000 | I | See footnote (1) |
| Common Stock | 03/09/2016 | | S | | 3,000 | D | $163.5 | 15,000 | I | See footnote (2) |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB control number.

SEC 1474 (9-02)

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
*(e.g., puts, calls, warrants, options, convertible securities)*

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4, and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Underlying Securities (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of Derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form of Derivative Security: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

## Reporting Owners

| Reporting Owner Name / Address | Relationships | | | |
|---|---|---|---|---|
| | Director | 10% Owner | Officer | Other |
| GALLAGHER MAURICE J JR<br>1201 NORTH TOWN CENTER DRIVE<br>LAS VEGAS, NV 89144 | X | X | CEO and President | |

011

## Signatures

| | |
|---|---|
| Robert B. Goldberg, under power of attorney | 03/11/2016 |
| \*\*Signature of Reporting Person | Date |

## Explanation of Responses:

\*    If the form is filed by more than one reporting person, *see* Instruction 4(b)(v).
\*\*   Intentional misstatements or omissions of facts constitute Federal Criminal Violations. *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).
**(1)** By LLC controlled by beneficial owner.
**(2)** By Trust under which beneficial owner serves as trustee.

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB number.

| FORM 4 | UNITED STATES SECURITIES AND EXCHANGE COMMISSION | OMB APPROVAL |
| --- | --- | --- |
| ☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b). | Washington, D.C. 20549<br><br>STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP OF SECURITIES<br><br>Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(h) of the Investment Company Act of 1940 | OMB Number: 3235-0287<br>Expires: December 31, 2014<br>Estimated average burden hours per response... 0.5 |

(Print or Type Responses)

| 1. Name and Address of Reporting Person *<br>GALLAGHER MAURICE J JR | 2. Issuer Name and Ticker or Trading Symbol<br>Allegiant Travel CO [ALGT] | 5. Relationship of Reporting Person(s) to Issuer<br>(Check all applicable)<br>_X_ Director  _X_ 10% Owner<br>_X_ Officer (give title below)  ___ Other (specify below)<br>CEO and Chairman |
| --- | --- | --- |
| (Last)  (First)  (Middle)<br>1201 NORTH TOWN CENTER DRIVE | 3. Date of Earliest Transaction (Month/Day/Year)<br>12/28/2017 | |
| (Street)<br>LAS VEGAS, NV 89144 | 4. If Amendment, Date Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line)<br>_X_ Form filed by One Reporting Person<br>___ Form filed by More than One Reporting Person |
| (City)  (State)  (Zip) | | |

Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 12/28/2017 | | S | | 16,018 | D | $155.824 (1) | 3,144,674 | D | |
| Common Stock | 12/29/2017 | | S | | 1,800 | D | $155.0042 (1) | 3,142,874 | D | |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB control number.

SEC 1474 (9-02)

Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
(*e.g.*, puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4, and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Underlying Securities (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of Derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form of Derivative Security: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

## Reporting Owners

| Reporting Owner Name / Address | Relationships | | | |
| --- | --- | --- | --- | --- |
| | Director | 10% Owner | Officer | Other |
| GALLAGHER MAURICE J JR<br>1201 NORTH TOWN CENTER DRIVE<br>LAS VEGAS, NV 89144 | X | X | CEO and Chairman | |

## Signatures

| Robert B. Goldberg, under power of attorney | 01/02/2018 |
| --- | --- |

013

\*\*Signature of Reporting Person                                 Date

# Explanation of Responses:

* \* If the form is filed by more than one reporting person, *see* Instruction 4(b)(v).
* \*\* Intentional misstatements or omissions of facts constitute Federal Criminal Violations. *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).
* **(1)** Price reported is average price per share.

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB number.

| FORM 4 ☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b). | UNITED STATES SECURITIES AND EXCHANGE COMMISSION Washington, D.C. 20549 STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP OF SECURITIES Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(h) of the Investment Company Act of 1940 | OMB APPROVAL OMB Number: 3235-0287 Expires: December 31, 2014 Estimated average burden hours per response... 0.5 |
|---|---|---|

(Print or Type Responses)

| 1. Name and Address of Reporting Person [*] GALLAGHER MAURICE J JR | 2. Issuer Name **and** Ticker or Trading Symbol Allegiant Travel CO [ALGT] | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) __X__ Director __X__ 10% Owner __X__ Officer (give title below) __ Other (specify below) CEO and Chairman |
|---|---|---|
| (Last)   (First)   (Middle) 1201 NORTH TOWN CENTER DRIVE | 3. Date of Earliest Transaction (Month/Day/Year) 01/12/2018 | |
| (Street) LAS VEGAS, NV 89144 | 4. If Amendment, Date Original Filed(Month/Day/Year) | 6. Individual or Joint/Group Filing(Check Applicable Line) _X_ Form filed by One Reporting Person ___ Form filed by More than One Reporting Person |
| (City)   (State)   (Zip) | | |

Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 01/12/2018 | | S | | 71,678 (1) | D | $165.5396 (2) | 3,071,196 | D | |
| Common Stock | 01/16/2018 | | S | | 5,539 (1) | D | $168.0332 (2) | 3,065,657 | D | |
| Common Stock | 01/16/2018 | | S | | 25,023 (1) | D | $169.2116 (2) | 3,040,634 | D | |
| Common Stock | 01/16/2018 | | S | | 30,876 (1) | D | $170.118 (2) | 3,009,758 | D | |
| Common Stock | 01/16/2018 | | S | | 1,235 (1) | D | $170.9953 (2) | 3,008,523 | D | |
| Common Stock | 01/17/2018 | | S | | 10,894 (1) | D | $165.3607 (2) | 2,997,629 | D | |
| Common Stock | 01/17/2018 | | S | | 24,991 (1) | D | $166.4291 (2) | 2,972,638 | D | |
| Common Stock | 01/17/2018 | | S | | 7,746 (1) | D | $167.2448 (2) | 2,964,892 | D | |
| Common Stock | 01/17/2018 | | S | | 4,200 (1) | D | $168.3641 (2) | 2,960,692 | D | |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB control number.

SEC 1474 (9-02)

Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
(*e.g.*, puts, calls, warrants, options, convertible securities)

| 1. Title of | 2. | 3. Transaction | 3A. Deemed | 4. | 5. Number | 6. Date Exercisable | 7. Title and | 8. Price of | 9. Number | 10. | 11. Nature |
|---|---|---|---|---|---|---|---|---|---|---|---|

| Derivative Security (Instr. 3) | Conversion or Exercise Price of Derivative Security | Date (Month/Day/Year) | Execution Date, if any (Month/Day/Year) | Transaction Code (Instr. 8) | | of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4, and 5) | | and Expiration Date (Month/Day/Year) | | Amount of Underlying Securities (Instr. 3 and 4) | | Derivative Security (Instr. 5) | of Derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | Ownership Form of Derivative Security: Direct (D) or Indirect (I) (Instr. 4) | of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

## Reporting Owners

| Reporting Owner Name / Address | Relationships | | | |
|---|---|---|---|---|
| | Director | 10% Owner | Officer | Other |
| GALLAGHER MAURICE J JR<br>1201 NORTH TOWN CENTER DRIVE<br>LAS VEGAS, NV 89144 | X | X | CEO and Chairman | |

## Signatures

| | |
|---|---|
| Robert B. Goldberg, under power of attorney | 01/17/2018 |
| **Signature of Reporting Person | Date |

## Explanation of Responses:

\*   If the form is filed by more than one reporting person, *see* Instruction 4(b)(v).

\*\*  Intentional misstatements or omissions of facts constitute Federal Criminal Violations. *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

(1) This trade made pursuant to a 10b5-1 trading plan on behalf of beneficial owner. The reported sales complete all planned sales under the 10b5-1 trading plan.

(2) Price reported is average price per share.

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB number.

| FORM 4 | UNITED STATES SECURITIES AND EXCHANGE COMMISSION | OMB APPROVAL |
|---|---|---|
| ☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b). | Washington, D.C. 20549<br><br>**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP OF SECURITIES**<br><br>Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(h) of the Investment Company Act of 1940 | OMB Number: 3235-0287<br>Expires: December 31, 2014<br>Estimated average burden hours per response... 0.5 |

(Print or Type Responses)

| 1. Name and Address of Reporting Person *<br>GALLAGHER MAURICE J JR | 2. Issuer Name **and** Ticker or Trading Symbol<br>Allegiant Travel CO [ALGT] | 5. Relationship of Reporting Person(s) to Issuer<br>(Check all applicable)<br>_X_ Director        _X_ 10% Owner<br>_X_ Officer (give title below)    ___ Other (specify below)<br>CEO and Chairman |
|---|---|---|
| (Last)        (First)        (Middle)<br>1201 NORTH TOWN CENTER DRIVE | 3. Date of Earliest Transaction (Month/Day/Year)<br>03/06/2018 | |
| (Street)<br>LAS VEGAS, NV 89144 | 4. If Amendment, Date Original Filed(Month/Day/Year) | 6. Individual or Joint/Group Filing(Check Applicable Line)<br>_X_ Form filed by One Reporting Person<br>___ Form filed by More than One Reporting Person |
| (City)   (State)   (Zip) | | |

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 03/06/2018 | | M | | 12,645 | A | $85.24 | 2,977,169 | D | |
| Common Stock | 03/06/2018 | | S | | 11,200 | D | $163.21 (1) | 2,965,969 | D | |
| Common Stock | 03/06/2018 | | S | | 900 | D | $164.57 (2) | 2,965,069 | D | |
| Common Stock | 03/06/2018 | | S | | 545 | D | $165.27 (3) | 2,964,524 | D | |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB control number.

SEC 1474 (9-02)

### Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
(*e.g.*, puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4, and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Underlying Securities (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of Derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form of Derivative Security: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Employee Stock Option (right to buy) | $85.24 | 03/06/2018 | | M | | 12,645 | (4) | | 03/08/2018 | Common Stock | 12,645 | $85.24 | 0 | D | |

## Reporting Owners

| Reporting Owner Name / Address | Relationships | | | |
|---|---|---|---|---|
| | Director | 10% Owner | Officer | Other |

| GALLAGHER MAURICE J JR<br>1201 NORTH TOWN CENTER DRIVE<br>LAS VEGAS, NV 89144 | X | X | CEO and Chairman | |

## Signatures

| Robert B. Goldberg, under power of attorney | 03/08/2018 |
|---|---|
| **Signature of Reporting Person | Date |

## Explanation of Responses:

* \*    If the form is filed by more than one reporting person, *see* Instruction 4(b)(v).
* \*\*   Intentional misstatements or omissions of facts constitute Federal Criminal Violations. *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).
* **(1)** Price reported is average price per share. These shares were sold at prices between $163.00 and $163.95 per share.
* **(2)** Price reported is average price per share. These shares were sold at prices between $164.05 and $165.00 per share.
* **(3)** Price reported is average price per share. These shares were sold at prices between $165.05 and $165.53 per share.
* **(4)** All options vested as of 3/8/2016.

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB number.