# EXHIBIT "9"

Copy of Historical Prices of Allegiant Stock for Period April 15, 2018 through April 26, 2018

# EXHIBIT "9"

Copy of Historical Prices of Allegiant Stock for Period April 15, 2018 through April 26, 2018

**Allegiant Travel Company (ALGT) Historical Stock Prices**

| Date | Open | High | Low | Close | Adj Close | Volume |
|---|---|---|---|---|---|---|
| 4/16/2018 | 145.8 | 149.25 | 141.65 | 146.4 | 144.1492 | 1046000 |
| 4/17/2018 | 148.1 | 148.75 | 141.9 | 142 | 139.8169 | 494900 |
| 4/18/2018 | 141.2 | 144.4 | 141.2 | 142.8 | 140.6046 | 494500 |
| 4/19/2018 | 143 | 143.85 | 141.35 | 143.45 | 141.2446 | 194400 |
| 4/20/2018 | 142.55 | 146.63 | 142.55 | 144.3 | 142.0815 | 253800 |
| 4/23/2018 | 144.9 | 145.95 | 141.95 | 143.35 | 141.1461 | 179300 |
| 4/24/2018 | 144.35 | 145.1 | 141.05 | 143.6 | 141.3923 | 229700 |
| 4/25/2018 | 143.35 | 144.7 | 141.32 | 143.3 | 141.0969 | 175200 |
| 4/26/2018 | 150.95 | 158.6 | 149 | 157.25 | 154.8324 | 659100 |