# EXHIBIT "13"
Copy of Article titled "Allegiant plane makes emergency landing at CVG Airport"

# EXHIBIT "13"
Copy of Article titled "Allegiant plane makes emergency landing at CVG Airport"

## Allegiant plane makes emergency landing at CVG Airport

**19** fox19.com/story/35941748/allegiant-plane-makes-emergency-landing-at-cvg-airport/



By | July 21, 2017 at 4:39 PM EST - Updated August 10 at 9:27 AM

HEBRON, KY (FOX19) - An Allegiant Air flight bound for Las Vegas had to make an emergency landing shortly after departing Cincinnati/Northern Kentucky International Airport (CVG) Thursday evening.

No injuries were reported after Flight 533 experienced a mechanical issue with the right hand engine, according to an Allegiant spokesperson.

The flight was scheduled to depart CVG Airport for McCarran International Airport at 7:43 p.m.

Shortly after departing, officials said the aircraft experienced a mechanical issue and the captain declared an emergency and directed a return to field in northern Kentucky.

The flight landed safely at 8:16 p.m. local time and was met by airport emergency crews.

"Significant debris field as well oil and fuel trail that closed two runways for about 45 minutes while they were inspected and cleared," said CVG spokesperson Bobby Span in an email to FOX19 NOW.

The aircraft taxied to the gate under its own power and passengers deplaned per normal procedures, officials said. There were 203 passengers and seven crew members on board.

The flight was rescheduled for Friday with an anticipated departure time of 2:30 p.m.

*Copyright 2017 WXIX. All rights reserved.*

139