Patrick R. Leverty
**LEVERTY & ASSOCIATES LAW CHTD**
832 Willow Street
Reno, Nevada 89502
Telephone: (775) 322-6636
Facsimile: (213) 322-3953
Email: pat@levertylaw.com

*Liaison Counsel for Plaintiffs and the Class*

[additional counsel listed on signature page]

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL CHECKMAN, Individually And On Behalf Of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>ALLEGIANT TRAVEL COMPANY, MAURICE J. GALLAGHER, JR., SCOTT SHELDON, STEVEN E. HARFST, and JUDE I. BRICKER,<br><br>Defendants. | Case No: 2:18-cv-01758-APP-PAL<br><br>CLASS ACTION<br><br>**DECLARATION OF PATRICK LEVERTY IN SUPPORT OF PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE** |

I, Patrick Leverty, pursuant to 28 U.S.C. § 1746, declares as follows:

1. I am a partner at Leverty & Associates Law Chtd., Liaison Counsel to Lead Plaintiff Charles Brendon and Named Plaintiff Daniel Checkman (collectively, "Plaintiffs") in this action.

2. I make this declaration in support of Plaintiffs' Request for Judicial Notice. I am above the age of 18 and have personal knowledge of the matters stated herein, and if called as a witness, I could and would competently testify thereto.

3. Attached hereto are true and correct copies of the following documents:

**Exhibit 1**: Defendant Jude Bricker's insider sales in Allegiant Travel Company ("Allegiant") stock as listed on the Securities and Exchange Commission's ("SEC") website;

**Exhibit 2**: Defendant Maurice J. Gallagher's insider sales in Allegiant stock as listed on the SEC's website;

**Exhibit 3**: Defendant Scott Sheldon's insider sales in Allegiant stock as listed on the SEC's website;

**Exhibit 4**: Relevant excerpts of Allegiant's Schedule 14A Proxy Statement filed with the SEC on May 12, 2016 (the "2015 Def 14A");

**Exhibit 5:** Stock trading history of Allegiant (NASDAQ: ALGT) during the Class Period, per Yahoo! Finance.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 22, 2019        /s/Patrick Leverty
                               Patrick Leverty

## **CERTIFICATE OF SERVICE**

 I hereby certify that on January 22, 2019, I electronically filed the foregoing **DECLARATION OF PATRICK LEVERTY IN SUPPORT OF PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE** with the Clerk of Court using the CM/ECF system, which will send notification of such to all CM/ECF participants.

            /s/Patrick Leverty
            Patrick Leverty