# EXHIBIT 1



Home | Search Home | Latest Filings | Previous Page

U.S. Securities and Exchange Commission

## Bricker Jude (0001548610)

**Mailing Address**
1201 NORTH TOWN CENTER DRIVE
LAS VEGAS NV 89144

**Ownership Reports for Issuers:** (Click on issuer name to see other owners for the issuer, or CIK for issuer filings.)

| Issuer | Filings | Transaction Date | Type of Owner |
|---|---|---|---|
| Allegiant Travel CO | 0001362468 | 2017-05-08 | officer: EVP & Chief Operating Officer |

### Items 1 - 77

The information presented below contains only portions of the information presented in the referenced filing or filings.
You should consult the original filing for complete information. Hyperlinks to the forms are provided for your convenience.

| Acquistion or Disposition | Transaction Date | Deemed Execution Date | Issuer | Form | Transaction Type | Direct or Indirect Ownership | Number of Securities Transacted | Number of Securities Owned | Line Number | Issuer CIK | Security Name |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D | 2017-05-08 | | Allegiant Travel CO | 4 | F-InKind | --D | 1049.0000 | 16258.0000 | 1 | 0001362468 | Common Stock |
| A | 2017-03-17 | | Allegiant Travel CO | 4 | M-Exempt | --D | 2597.0000 | 21569.0000 | 1 | 0001362468 | Common Stock |
| D | 2017-03-17 | | Allegiant Travel CO | 4 | S-Sale | --D | 1824.0000 | 17148.0000 | 4 | 0001362468 | Common Stock |
| D | 2017-03-17 | | Allegiant Travel CO | 4 | S-Sale | --D | 100.0000 | 21469.0000 | 2 | 0001362468 | Common Stock |
| D | 2017-03-17 | | Allegiant Travel CO | 4 | M-Exempt | --D | 2597.0000 | 0.0000 | 5 | 0001362468 | Employee Stock Option (right to buy) |
| D | 2017-03-17 | | Allegiant Travel CO | 4 | S-Sale | --D | 2497.0000 | 18972.0000 | 3 | 0001362468 | Common Stock |
| D | 2017-03-06 | | Allegiant Travel CO | 4 | F-InKind | --D | 386.0000 | 18972.0000 | 1 | 0001362468 | Common Stock |
| D | 2017-02-25 | | Allegiant Travel CO | 4 | F-InKind | --D | 170.0000 | 19358.0000 | 1 | 0001362468 | Common Stock |
| A | 2017-02-21 | | Allegiant Travel CO | 4 | A-Award | --D | 4025.0000 | 19528.0000 | 2 | 0001362468 | Common Stock |
| D | 2017-02-17 | | Allegiant Travel CO | 4 | F-InKind | --D | 377.0000 | 15503.0000 | 1 | 0001362468 | Common Stock |
| D | 2016-11-10 | | Allegiant Travel CO | 4 | S-Sale | --D | 2596.0000 | 17915.0000 | 4 | 0001362468 | Common Stock |
| D | 2016-11-10 | | Allegiant Travel CO | 4 | M-Exempt | --D | 2596.0000 | 2596.0000 | 7 | 0001362468 | Employee Stock Option |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | (right to buy) |
| D | 2016-11-10 | | Allegiant Travel CO | 4 | D-Return | --D | 2866.0000 | 17915.0000 | 2 | 0001362468 | Common Stock |
| D | 2016-11-10 | | Allegiant Travel CO | 4 | S-Sale | --D | 2035.0000 | 15880.0000 | 5 | 0001362468 | Common Stock |
| A | 2016-11-10 | | Allegiant Travel CO | 4 | M-Exempt | --D | 2596.0000 | 20511.0000 | 3 | 0001362468 | Common Stock |
| D | 2016-11-10 | | Allegiant Travel CO | 4 | M-Exempt | --D | 2866.0000 | 0.0000 | 6 | 0001362468 | Stock Appreciation Right |
| A | 2016-11-10 | | Allegiant Travel CO | 4 | M-Exempt | --D | 2866.0000 | 20781.0000 | 1 | 0001362468 | Common Stock |
| A | 2016-11-07 | | Allegiant Travel CO | 4 | A-Award | --D | 10000.0000 | 17915.0000 | 1 | 0001362468 | Common Stock |
| D | 2016-03-08 | | Allegiant Travel CO | 4 | F-InKind | --D | 321.0000 | 7733.0000 | 2 | 0001362468 | Common Stock |
| D | 2016-03-06 | | Allegiant Travel CO | 4 | F-InKind | --D | 252.0000 | 8054.0000 | 1 | 0001362468 | Common Stock |
| D | 2016-02-25 | | Allegiant Travel CO | 4 | F-InKind | --D | 151.0000 | 8306.0000 | 1 | 0001362468 | Common Stock |
| A | 2016-02-17 | | Allegiant Travel CO | 4 | A-Award | --D | 3856.0000 | 8457.0000 | 1 | 0001362468 | Common Stock |
| D | 2015-08-17 | | Allegiant Travel CO | 4 | G-Gift | --D | 179.0000 | 4554.0000 | 2 | 0001362468 | Common Stock |
| D | 2015-08-14 | | Allegiant Travel CO | 4 | G-Gift | --D | 2018.0000 | 4733.0000 | 1 | 0001362468 | Common Stock |
| A | 2015-08-03 | | Allegiant Travel CO | 4 | M-Exempt | --D | 2596.0000 | 9347.0000 | 1 | 0001362468 | Common Stock |
| D | 2015-08-03 | | Allegiant Travel CO | 4 | S-Sale | --D | 2596.0000 | 6751.0000 | 2 | 0001362468 | Common Stock |
| D | 2015-08-03 | | Allegiant Travel CO | 4 | M-Exempt | --D | 2596.0000 | 5193.0000 | 3 | 0001362468 | Employee Stock Option (right to buy) |
| D | 2015-04-24 | | Allegiant Travel CO | 4 | F-InKind | --D | 420.0000 | 6572.0000 | 1 | 0001362468 | Common Stock |
| D | 2015-03-13 | | Allegiant Travel CO | 4 | D-Return | --D | 2866.0000 | 6992.0000 | 2 | 0001362468 | Common Stock |
| D | 2015-03-13 | | Allegiant Travel CO | 4 | M-Exempt | --D | 2866.0000 | 2866.0000 | 3 | 0001362468 | Stock Appreciation Right |
| A | 2015-03-13 | | Allegiant Travel CO | 4 | M-Exempt | --D | 2866.0000 | 9858.0000 | 1 | 0001362468 | Common Stock |
| D | 2015-03-08 | | Allegiant Travel | 4 | F-InKind | --D | 290.0000 | 6992.0000 | 2 | 0001362468 | Common Stock |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | CO | | | | | | | | |
| D | 2015-03-06 | | Allegiant Travel CO | 4 | F-InKind | --D | 252.0000 | 7282.0000 | 1 | 0001362468 | Common Stock |
| A | 2015-02-25 | | Allegiant Travel CO | 4 | A-Award | --D | 1653.0000 | 7534.0000 | 1 | 0001362468 | Common Stock |
| A | 2015-02-25 | | Allegiant Travel CO | 4 | A-Award | --D | 6089.0000 | 6089.0000 | 2 | 0001362468 | Stock Appreciation Right |
| D | 2015-02-20 | | Allegiant Travel CO | 4 | S-Sale | --D | 1113.0000 | 5881.0000 | 1 | 0001362468 | Common Stock |
| D | 2015-02-09 | | Allegiant Travel CO | 4 | F-InKind | --D | 434.0000 | 6994.0000 | 1 | 0001362468 | Common Stock |
| D | 2014-12-04 | | Allegiant Travel CO | 4 | S-Sale | --D | 3042.0000 | 7428.0000 | 1 | 0001362468 | Common Stock |
| D | 2014-08-18 | | Allegiant Travel CO | 4/A | D-Return | --D | 3217.0000 | 10470.0000 | 2 | 0001362468 | Common Stock |
| D | 2014-08-18 | | Allegiant Travel CO | 4 | D-Return | --D | 3217.0000 | 10470.0000 | 2 | 0001362468 | Common Stock |
| D | 2014-08-18 | | Allegiant Travel CO | 4/A | M-Exempt | --D | 3217.0000 | 0.0000 | 5 | 0001362468 | Stock Appreciation Right |
| D | 2014-08-18 | | Allegiant Travel CO | 4 | M-Exempt | --D | 3217.0000 | 0.0000 | 5 | 0001362468 | Stock Appreciation Right |
| A | 2014-08-18 | | Allegiant Travel CO | 4/A | M-Exempt | --D | 2867.0000 | 13337.0000 | 3 | 0001362468 | Common Stock |
| A | 2014-08-18 | | Allegiant Travel CO | 4 | M-Exempt | --D | 2867.0000 | 13337.0000 | 3 | 0001362468 | Common Stock |
| D | 2014-08-18 | | Allegiant Travel CO | 4/A | M-Exempt | --D | 2867.0000 | 5732.0000 | 6 | 0001362468 | Stock Appreciation Right |
| D | 2014-08-18 | | Allegiant Travel CO | 4 | M-Exempt | --D | 2867.0000 | 5732.0000 | 6 | 0001362468 | Stock Appreciation Right |
| A | 2014-08-18 | | Allegiant Travel CO | 4/A | M-Exempt | --D | 3217.0000 | 13687.0000 | 1 | 0001362468 | Common Stock |
| A | 2014-08-18 | | Allegiant Travel CO | 4 | M-Exempt | --D | 3217.0000 | 13687.0000 | 1 | 0001362468 | Common Stock |
| D | 2014-08-18 | | Allegiant Travel CO | 4/A | D-Return | --D | 2867.0000 | 10470.0000 | 4 | 0001362468 | Common Stock |
| D | 2014-08-18 | | Allegiant Travel CO | 4 | D-Return | --D | 2867.0000 | 10470.0000 | 4 | 0001362468 | Common Stock |
| D | 2014-04-24 | | Allegiant Travel CO | 4 | F-InKind | --D | 274.0000 | 10470.0000 | 1 | 0001362468 | Common Stock |
| D | 2014-03-08 | | Allegiant Travel CO | 4 | F-InKind | --D | 291.0000 | 10744.0000 | 2 | 0001362468 | Common Stock |
| A | 2014-03-06 | | Allegiant | 4 | A-Award | --D | 7789.0000 | 7789.0000 | 3 | 0001362468 | Stock |

| | | | | | | | | | | Option (right to buy) |
|---|---|---|---|---|---|---|---|---|---|---|
| A | 2014-03-06 | | Allegiant Travel CO | [4](#) | A-Award | --D | 2763.0000 | 11035.0000 | 1 | 0001362468 | Common Stock |
| D | 2013-06-07 | | Allegiant Travel CO | [4](#) | S-Sale | --D | 726.0000 | 8272.0000 | 1 | 0001362468 | Common Stock |
| D | 2013-04-24 | | Allegiant Travel CO | [4](#) | F-InKind | --D | 274.0000 | 8998.0000 | 1 | 0001362468 | Common Stock |
| D | 2013-03-28 | | Allegiant Travel CO | [4](#) | S-Sale | --D | 1911.0000 | 9272.0000 | 3 | 0001362468 | Common Stock |
| A | 2013-03-27 | | Allegiant Travel CO | [4](#) | M-Exempt | --D | 3216.0000 | 14399.0000 | 1 | 0001362468 | Common Stock |
| D | 2013-03-27 | | Allegiant Travel CO | [4](#) | M-Exempt | --D | 3216.0000 | 3217.0000 | 4 | 0001362468 | Stock Appreciation Right |
| D | 2013-03-27 | | Allegiant Travel CO | [4](#) | D-Return | --D | 3216.0000 | 11183.0000 | 2 | 0001362468 | Common Stock |
| A | 2013-03-08 | | Allegiant Travel CO | [4](#) | A-Award | --D | 3176.0000 | 11183.0000 | 1 | 0001362468 | Common Stock |
| A | 2013-03-08 | | Allegiant Travel CO | [4](#) | A-Award | --D | 8599.0000 | 8599.0000 | 2 | 0001362468 | Stock Appreciation Right |
| D | 2013-02-15 | | Allegiant Travel CO | [4](#) | F-InKind | --D | 312.0000 | 8007.0000 | 1 | 0001362468 | Common Stock |
| D | 2013-02-08 | | Allegiant Travel CO | [4/A](#) | F-InKind | --D | 491.0000 | 8319.0000 | 1 | 0001362468 | Common Stock |
| D | 2013-02-08 | | Allegiant Travel CO | [4](#) | F-InKind | --D | 505.0000 | 8305.0000 | 1 | 0001362468 | Common Stock |
| D | 2012-11-06 | | Allegiant Travel CO | [4](#) | S-Sale | --D | 5000.0000 | 8810.0000 | 1 | 0001362468 | Common Stock |
| D | 2012-06-27 | | Allegiant Travel CO | [4](#) | G-Gift | --D | 810.0000 | 13810.0000 | 1 | 0001362468 | Common Stock |
| D | 2012-06-22 | | Allegiant Travel CO | [4](#) | S-Sale | --D | 860.0000 | 14620.0000 | 1 | 0001362468 | Common Stock |
| D | 2012-05-01 | | Allegiant Travel CO | [4](#) | M-Exempt | --D | 3216.0000 | 6433.0000 | 3 | 0001362468 | Stock Appreciation Right |
| A | 2012-05-01 | | Allegiant Travel CO | [4](#) | M-Exempt | --D | 3216.0000 | 18696.0000 | 1 | 0001362468 | Common Stock |
| D | 2012-05-01 | | Allegiant Travel CO | [4](#) | D-Return | --D | 3216.0000 | 15480.0000 | 2 | 0001362468 | Common Stock |
| - | - | | Allegiant Travel CO | [3](#) | - | --D | | 15480.0000 | 1 | 0001362468 | Common Stock |
| - | - | | Allegiant Travel CO | [3](#) | - | --D | | | 4 | 0001362468 | Stock Option |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | (right to buy) |
| - | - | | Allegiant Travel CO | 3 | - | --D | | | 2 | 0001362468 | Stock Option (right to buy) |
| - | - | | Allegiant Travel CO | 3 | - | --D | | | 5 | 0001362468 | Stock Appreciation Right |
| - | - | | Allegiant Travel CO | 3 | - | --D | | | 3 | 0001362468 | Stock Option (right to buy) |
| - | - | | Allegiant Travel CO | 3/A | - | --D | | | 1 | 0001362468 | Stock Option (right to buy) |

*http://www.sec.gov/cgi-bin/own-disp*