UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL CHECKMAN, Individually And On Behalf Of All Others Similarly Situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>ALLEGIANT TRAVEL COMPANY, MAURICE J. GALLAGHER, JR., SCOTT SHELDON, STEVEN E. HARFST, and JUDE I. BRICKER,<br><br>    Defendants. | Case No: 2:18-cv-01758-APP-PAL<br><br>CLASS ACTION<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE** |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1 | The Court, having considered Plaintiffs' Request for Judicial Notice (the "Request"), filed
2 | by Lead Plaintiff Charles Brendon and Named Plaintiff Daniel Checkman, and all papers filed in
3 | support thereof and in opposition thereto, and the argument of counsel, and good cause appearing,
4 | hereby GRANTS the Request in its entirety.

IT IS SO ORDERED.

DATED: _____

By: _____
Honorable Andrew P. Gordon
United States District Court Judge

1