Patrick R. Leverty
**LEVERTY & ASSOCIATES LAW CHTD**
832 Willow Street
Reno, Nevada 89502
Telephone: (775) 322-6636
Facsimile: (213) 322-3953
Email: pat@levertylaw.com

*Liaison Counsel for Plaintiffs and the Class*

[additional counsel listed on signature page]

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL CHECKMAN, Individually And On Behalf Of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>ALLEGIANT TRAVEL COMPANY, MAURICE J. GALLAGHER, JR., SCOTT SHELDON, STEVEN E. HARFST, and JUDE I. BRICKER,<br><br>Defendants. | Case No: 2:18-cv-01758-APP-PAL<br><br><u>CLASS ACTION</u><br><br>**NOTICE OF ERRATA TO PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS THE AMENDED CLASS ACTION COMPLAINT** |

　　　Lead Plaintiff Charles Brendon and Plaintiff Daniel Checkman ("Plaintiffs") respectfully submit this Notice of Errata to Plaintiffs' Opposition to Defendants' Motion to Dismiss the Amended Class Action Complaint (the "Opposition"). *See* Dkt. No. 51.

　　　In their Opposition, Plaintiffs mistakenly cited to *Harris v. Amgen, Inc.*, 573 F.3d 728, 737 (9th Cir. 2009) on page 23, lines 13-14. The correct citation is *Eng v. Edison Int'l,* 2017 WL 1857243, at *4 (S.D. Cal. May 5, 2017).

1

NOTICE OF ERRATA TO PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS THE AMENDED CLASS ACTION COMPLAINT - Case No. 2:18-cv-01758-APG-PAL

| | |
|---|---|
| 1  Dated: February 19, 2019 | Respectfully submitted, |

**LEVERTY & ASSOCIATES LAW CHTD.**

/s/Patrick R. Leverty
Patrick R. Leverty, Esq.
Reno Gould House
832 Willow Street
Reno, NV 89502
Telephone: (775) 322-6636
Facsimile: (775) 322-3953
Email: pat@levertylaw.com

*Liaison Counsel for Plaintiffs and the Class*

**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen, Esq.
Phillip Kim, Esq.
Zachary Halper, Esq.
275 Madison Avenue, 34th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: lrosen@rosenlegal.com
Email: pkim@rosenlegal.com
Email: zhalper@rosenlegal.com

*Counsel for Plaintiffs and the Class*

2

NOTICE OF ERRATA TO PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS THE
AMENDED CLASS ACTION COMPLAINT - Case No. 2:18-cv-01758-APG-PAL

## CERTIFICATE OF SERVICE

I hereby certify that on February 19, 2019, I electronically filed the foregoing **NOTICE OF ERRATA TO PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS THE AMENDED CLASS ACTION COMPLAINT** with the Clerk of Court using the CM/ECF system, which will send notification of such to all CM/ECF participants.

        /s/Patrick Leverty
        Patrick Leverty

3

NOTICE OF ERRATA TO PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS THE AMENDED CLASS ACTION COMPLAINT - Case No. 2:18-cv-01758-APG-PAL