Patrick R. Leverty
**LEVERTY & ASSOCIATES LAW CHTD**
832 Willow Street
Reno, Nevada 89502
Telephone: (775) 322-6636
Facsimile: (213) 322-3953
Email: pat@levertylaw.com

*Liaison Counsel for Plaintiffs and the Class*

[additional counsel listed on signature page]

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL CHECKMAN, Individually And On Behalf Of All Others Similarly Situated,<br><br>   Plaintiffs,<br><br>   v.<br><br>ALLEGIANT TRAVEL COMPANY, MAURICE J. GALLAGHER, JR., SCOTT SHELDON, STEVEN E. HARFST, and JUDE I. BRICKER,<br><br>   Defendants. | Case No: 2:18-cv-01758-APG-PAL<br><br>CLASS ACTION<br><br>**NOTICE REQUESTING ORAL ARGUMENT ON DEFENDANTS' MOTION TO DISMISS AND MOTION TO STRIKE** |

Lead Plaintiff Charles Brendon and Plaintiff Daniel Checkman ("Plaintiffs") respectfully request oral argument on Defendants' pending Motion to Dismiss Plaintiffs' Amended Class Action Complaint, Dkt. No. 45, and Defendants' pending Motion to Strike Plaintiffs' Amended Class Action Complaint, Dkt. No. 47.

Dated: March 14, 2019        Respectfully submitted,

**LEVERTY & ASSOCIATES LAW CHTD.**

/s/Patrick R. Leverty

Patrick R. Leverty, Esq.
Reno Gould House
832 Willow Street
Reno, NV 89502
Telephone: (775) 322-6636
Facsimile: (775) 322-3953
Email: pat@levertylaw.com

*Liaison Counsel for Plaintiffs and the Class*

**THE ROSEN LAW FIRM, P.A.**
Phillip Kim, Esq.
Zachary Halper, Esq.
275 Madison Avenue, 34th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: pkim@rosenlegal.com
Email: zhalper@rosenlegal.com

*Counsel for Plaintiffs and the Class*

## CERTIFICATE OF SERVICE

I hereby certify that on March 14, 2019, I electronically filed the foregoing **NOTICE REQUESTING ORAL ARGUMENT ON DEFENDANTS' MOTION TO DISMISS AND MOTION TO STRIKE** with the Clerk of Court using the CM/ECF system, which will send notification of such to all CM/ECF participants.

/s/Patrick Leverty
Patrick Leverty