MARK F. FERRARIO, ESQ.
Nevada Bar No. 1625
JACOB D. BUNDICK, ESQ.
Nevada Bar No. 9772
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135
Telephone:  (702) 792-3773
Facsimile:  (702) 792-9002
Email: ferrariom@gtlaw.com
bundickj@gtlaw.com

DANIEL J. TYUKODY, ESQ.
Admitted *Pro Hac Vice*
**GREENBERG TRAURIG LLP**
1840 Century Park East, Suite 1900
Los Angeles, CA 90067
Telephone: (310) 586-7723
Email: tyukodyd@gtlaw.com

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| IN RE ALLEGIANT TRAVEL CO. STOCKHOLDER DERIVATIVE LITIGATION | **Case No: 2:18-CV-01864-GMN-CWH**<br><br>**(To be related to Case No. 2:18-CV-01758-APG-PAL)**<br><br>**JOINT STIPULATION TO RELATE CASES AND REASSIGN CASE TO THE HONORABLE ANDREW P. GORDON; [PROPOSED] ORDER**<br><br>Consolidated Complaint Filed:  April 8, 2019 |

WHEREAS, on April 24, 2018, Daniel Checkman filed the Class Action Complaint in *Daniel Checkman v. Allegiant Travel Company, et al.* (Case No. 2:18-cv-01758-JFW-AS) ("*Checkman*") in the U.S. District Court for the Central District of California (the "Central District"), alleging violations of Sections 10(b) and 20(a) of the Securities and Exchange Act of 1934 in connection with the Defendants' statements concerning Allegiant's alleged safety practices;

ACTIVE 44158181v1

WHEREAS, on July 20, 2018, Charles Blackburn filed the Shareholder Derivative Complaint in *Charles Blackburn v. Maurice J. Gallagher, Jr., et al.* (Case No. 2:18-cv-06296-GW-SSx) ("*Blackburn*") in the Central District, alleging violations of Defendants' fiduciary duties as members of Allegiant's Board of Directors and alleging conduct that overlaps factually with the allegations in *Checkman*;

WHEREAS, on September 11, 2018, the Honorable John F. Walter of the Central District issued an Order in *Checkman* granting the parties' joint stipulation to transfer venue to the U.S. District Court for the District of Nevada (the "District of Nevada");

WHEREAS, on September 11, 2018, *Checkman* was assigned to the Hon. Andrew P. Gordon;

WHEREAS, on September 26, 2018, Mark Fullenkamp filed the Shareholder Derivative Complaint in *Mark Fullenkamp v. Maurice J. Gallagher, Jr., et al.* (Case No. 2:18-cv-01864-GMN-CWH) ("*Fullenkamp*") in the District of Nevada, alleging violations of Defendants' fiduciary duties as members of Allegiant's Board of Directors and alleging conduct that is factually and legally related to the allegations in *Checkman* and *Blackburn*;

WHEREAS, on September 26, 2018, *Fullenkamp* was assigned to the Hon. Gloria M. Navarro;

WHEREAS, on October 10, 2018, the Honorable George H. Wu of the Central District issued an Order in *Blackburn* granting the parties' joint stipulation to transfer venue to the District of Nevada;

WHEREAS, on October 12, 2018, *Blackburn* was assigned to Judge Gordon;

WHEREAS, on December 23, 2018, the parties in *Fullenkamp* and *Blackburn* filed a joint stipulation to consolidate the two derivative actions;

WHEREAS, on January 8, 2019, the Defendants in *Checkman*, *Blackburn*, and *Fullenkamp* filed three Notices of Related Cases to relate *Checkman*, *Blackburn*, and *Fullenkamp*;

WHEREAS, on January 8, 2019, *Blackburn* and *Fullenkamp* were consolidated as *In re Allegiant Travel Co. Stockholder Derivative Litigation* (Case No. 2:18-cv-1864-GMN-CWH) (the "Consolidated Derivative Action") and reassigned to Judge Navarro;

WHEREAS, on April 8, 2019, the Plaintiffs in the Consolidated Derivative Action filed a Verified Consolidated Stockholder Derivative Complaint;

WHEREAS, in *Checkman*, Defendants' motion to dismiss is fully briefed;

/ / /

WHEREAS, on May 13, 2019, in the Consolidated Derivative Action the Court granted the parties' joint stipulation for a limited stay of proceedings pending Judge Gordon's ruling on the motion to dismiss in *Checkman*;

WHEREAS, the Court has not yet ruled on the Notices of Related Cases filed on January 8, 2019;

WHEREAS, the Plaintiffs in the Consolidated Derivative Action agree that the action contains factual contentions that overlap with the allegations in *Checkman*, and the administration of justice would be best served by having the same judicial officer — Judge Gordon — assigned to both *Checkman* and the Consolidated Derivative Action;

WHEREAS, this stipulation is not a waiver of any of the parties' rights, remedies, claims, or defenses.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, and upon approval and entry by the Court shall be ORDERED, as follows:

1. Pursuant to the Court's approval, *Checkman* and the Consolidated Derivative Action shall be deemed related.

2. Pursuant to the Court's approval, the Consolidated Derivative Action shall be reassigned to Judge Gordon.

**IT IS SO STIPULATED.**

DATED this 5th day of August, 2019.

**GREENBERG TRAURIG LLP**

By  /s/ Jacob D. Bundick
MARK F. FERRARIO, ESQ.
Nevada Bar No. 1625
JACOB D. BUNDICK, ESQ.
Nevada Bar No. 9772
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135

DANIEL J. TYUKODY, ESQ.
Admitted *Pro Hac Vice*
**GREENBERG TRAURIG LLP**
1840 Century Park East, Suite 1900
Los Angeles, CA 90067

*Counsel for Defendants*

ACTIVE 44158181v1

| | |
|---|---|
| DATED this 5th day of August, 2019. | **GLANCY PRONGAY & MURRAY LLP** |

By */s/ Benjamin I. Sachs-Michaels*
MATTHEW M. HOUSTON, ESQ.
BENJAMIN I. SACHS-MICHAELS, ESQ.
Admitted *Pro Hac Vice*
712 Fifth Avenue
New York, NY 10019
bsachsmichaels@glancylaw.com

MARTIN A. MUCKELROY, ESQ.
Nevada Bar No. 9634
BRIAN E. LUNT, ESQ.
Nevada Bar No. 11189
**MUCKLEROY LUNT, LLC**
6077 S. Fort Apache, Suite 140
Las Vegas, NV 89148
martin@muckleroylunt.com

DAVID J. STONE, ESQ.
TODD H. HENDERSON, ESQ.
MELISSA A. FORTUNATO, ESQ.
**BRAGAR EAGEL & SQUIRE, P.C.**
885 Third Avenue, Suite 3040
New York, NY 10022
stone@bespc.com
henderson@bespc.com
fortunato@bespc.com

ROBERT V. PRONGAY, ESQ.
LESLIE F. PORTNOY, ESQ.
**GLANCY PRONGAY & MURRAY LLP**
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
rprongay@glancylaw.com
lportnoy@glancylaw.com

**IT IS SO ORDERED** this _____ day of _____, 2019.

_____
The Hon. Andrew P. Gordon
District Court Judge

_____
The Hon. Gloria M. Navarro
District Court Judge

3

ACTIVE 44158181v1

**ATTESTATION OF COUNSEL**

I, Jacob Bundick, am the CM/ECF user whose ID and password are being used to file this Joint Stipulation to Relate Cases and Reassign Case to the Honorable Andrew P. Gordon.  Pursuant to Local Civil Rule 5-1(i)(3), I hereby attest that Benjamin I. Sachs-Michaels, on whose behalf this filing is jointly submitted, has concurred in this filing.

By  */s/ Jacob D. Bundick*
     Jacob Bundick

**CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of August, 2019, a true and correct copy of the foregoing **JOINT STIPULATION TO RELATE CASES AND REASSIGN CASE TO THE HONORABLE ANDREW P. GORDON; [PROPOSED] ORDER** was submitted for filing with the Clerk of the Court using the Odyssey eFileNV Electronic Service system and served on all parties with an email address on record, pursuant to Administrative Order 14-2 and Rule 9 of the N.E.F.C.R.

The date and time of the electronic proof of service is in place of the date and place of deposit in the U.S. Mail.

*/s/ Andrea Flintz*
An employee of Greenberg Traurig, LLP

ACTIVE 44158181v1