1  MARK F. FERRARIO, ESQ.
   Nevada Bar No. 1625
2  JACOB D. BUNDICK, ESQ.
   Nevada Bar No. 9772
3  **GREENBERG TRAURIG, LLP**
4  10845 Griffith Peak Drive, Suite 600
   Las Vegas, NV 89135
5  Telephone:  (702) 792-3773
   Facsimile:  (702) 792-9002
6  Email: ferrariom@gtlaw.com
7         bundickj@gtlaw.com

8  DANIEL J. TYUKODY, ESQ.
   Admitted *Pro Hac Vice*
9  **GREENBERG TRAURIG LLP**
10 1840 Century Park East, Suite 1900
   Los Angeles, CA 90067
11 Telephone: (310) 586-7723
   Email: tyukodyd@gtlaw.com

*Attorneys for Defendants*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| IN RE ALLEGIANT TRAVEL CO. STOCKHOLDER DERIVATIVE LITIGATION | **Case No: 2:18-CV-01864-GMN-CWH**<br><br>**(To be related to Case No. 2:18-CV-01758-APG-PAL)**<br><br>**JOINT STIPULATION TO RELATE CASES AND REASSIGN CASE TO THE HONORABLE ANDREW P. GORDON; ORDER**<br><br>Consolidated Complaint Filed:  April 8, 2019 |

WHEREAS, on April 24, 2018, Daniel Checkman filed the Class Action Complaint in *Daniel Checkman v. Allegiant Travel Company, et al.* (Case No. 2:18-cv-01758-JFW-AS) ("*Checkman*") in the U.S. District Court for the Central District of California (the "Central District"), alleging violations of Sections 10(b) and 20(a) of the Securities and Exchange Act of 1934 in connection with the Defendants' statements concerning Allegiant's alleged safety practices;

| | |
|---|---|
| 1 | WHEREAS, on July 20, 2018, Charles Blackburn filed the Shareholder Derivative Complaint in *Charles Blackburn v. Maurice J. Gallagher, Jr., et al.* (Case No. 2:18-cv-06296-GW-SSx) ("*Blackburn*") in the Central District, alleging violations of Defendants' fiduciary duties as members of Allegiant's Board of Directors and alleging conduct that overlaps factually with the allegations in *Checkman*; |
| 5 | WHEREAS, on September 11, 2018, the Honorable John F. Walter of the Central District issued an Order in *Checkman* granting the parties' joint stipulation to transfer venue to the U.S. District Court for the District of Nevada (the "District of Nevada"); |
| 8 | WHEREAS, on September 11, 2018, *Checkman* was assigned to the Hon. Andrew P. Gordon; |
| 9 | WHEREAS, on September 26, 2018, Mark Fullenkamp filed the Shareholder Derivative Complaint in *Mark Fullenkamp v. Maurice J. Gallagher, Jr., et al.* (Case No. 2:18-cv-01864-GMN-CWH) ("*Fullenkamp*") in the District of Nevada, alleging violations of Defendants' fiduciary duties as members of Allegiant's Board of Directors and alleging conduct that is factually and legally related to the allegations in *Checkman* and *Blackburn*; |
| 14 | WHEREAS, on September 26, 2018, *Fullenkamp* was assigned to the Hon. Gloria M. Navarro; |
| 15 | WHEREAS, on October 10, 2018, the Honorable George H. Wu of the Central District issued an Order in *Blackburn* granting the parties' joint stipulation to transfer venue to the District of Nevada; |
| 17 | WHEREAS, on October 12, 2018, *Blackburn* was assigned to Judge Gordon; |
| 18 | WHEREAS, on December 23, 2018, the parties in *Fullenkamp* and *Blackburn* filed a joint stipulation to consolidate the two derivative actions; |
| 20 | WHEREAS, on January 8, 2019, the Defendants in *Checkman*, *Blackburn*, and *Fullenkamp* filed three Notices of Related Cases to relate *Checkman*, *Blackburn*, and *Fullenkamp*; |
| 22 | WHEREAS, on January 8, 2019, *Blackburn* and *Fullenkamp* were consolidated as *In re Allegiant Travel Co. Stockholder Derivative Litigation* (Case No. 2:18-cv-1864-GMN-CWH) (the "Consolidated Derivative Action") and reassigned to Judge Navarro; |
| 25 | WHEREAS, on April 8, 2019, the Plaintiffs in the Consolidated Derivative Action filed a Verified Consolidated Stockholder Derivative Complaint; |
| 27 | WHEREAS, in *Checkman*, Defendants' motion to dismiss is fully briefed; |
| 28 | / / / |

1

ACTIVE 44158181v1

| | |
|---|---|
| 1 | WHEREAS, on May 13, 2019, in the Consolidated Derivative Action the Court granted the parties' joint stipulation for a limited stay of proceedings pending Judge Gordon's ruling on the motion to dismiss in *Checkman*; |
| 4 | WHEREAS, the Court has not yet ruled on the Notices of Related Cases filed on January 8, 2019; |
| 5 | WHEREAS, the Plaintiffs in the Consolidated Derivative Action agree that the action contains factual contentions that overlap with the allegations in *Checkman*, and the administration of justice would be best served by having the same judicial officer — Judge Gordon — assigned to both *Checkman* and the Consolidated Derivative Action; |
| 9 | WHEREAS, this stipulation is not a waiver of any of the parties' rights, remedies, claims, or defenses. |

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, and upon approval and entry by the Court shall be ORDERED, as follows:

1. Pursuant to the Court's approval, *Checkman* and the Consolidated Derivative Action shall be deemed related.
2. Pursuant to the Court's approval, the Consolidated Derivative Action shall be reassigned to Judge Gordon.

**IT IS SO STIPULATED.**

## ORDER

**IT IS HEREBY ORDERED** that, pursuant to the parties' Stipulation, Case No. 2:18-cv-1864-GMN-DJA shall be reassigned to Judge Andrew P. Gordon.

**IT IS FURTHER ORDERED** that Case No. 2:18-cv-1864-GMN-DJA and Case No. 2:18-cv-1758-APG-BNW shall be identified as related cases in their respective dockets.

**IT IS SO ORDERED.**

**DATED** this __20__ day of August, 2019.

_____  
Gloria M. Navarro, Chief Judge  
United States District Judge

_____  
Andrew P. Gordon  
United States District Judge

ACTIVE 44158181v1