**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

CHARLES BRENDON and DANIEL CHECKMAN, Individually And On Behalf Of All Others Similarly Situated,

        Plaintiffs,

v.

ALLEGIANT TRAVEL COMPANY, MAURICE J. GALLAGHER, JR., SCOTT SHELDON, STEVEN E. HARFST, and JUDE I. BRICKER,

        Defendants.

Case #2:18-cv-01758-APG-BNW

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

        Jacob A. Goldberg, Petitioner, respectfully represents to the Court:
        (name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

        The Rosen Law Firm, P.A.
        (firm name)

with offices at     101 Greenwood Avenue,
        (street address)

Jenkintown, Pennsylvania, 19046,
(city)    (state)    (zip code)

215-600-2817, jgoldberg@rosenlegal.com.
(area code + telephone number)    (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by Lead Plaintiff Charles Brendon and Named Plaintiff Daniel Checkman to provide legal representation in connection with
        [client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since 12/01/1992 (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of Pennsylvania (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Please See Attached Schedule A | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

(State "none" if Petitioner has no disciplinary proceedings, etc.)

None

2

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None

7. That Petitioner is a member of good standing in the following Bar Associations.

None

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

1  That Petitioner respectfully prays that Petitioner be admitted to practice before this Court
2  FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF Pennsylvania    )
                         )
COUNTY OF Montgomery     )

_____Jacob A. Goldberg_____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

__16th__ day of __December__, 20__19__

__Eduardo A. Tejidor Jr.__
Notary Public or Clerk of Court

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
EDUARDO A. TEXIDOR JR., Notary Public
Jenkintown Boro., Montgomery County
My Commission Expires May 9, 2020

### DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate _____Patrick Leverty_____,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

_____823 Willow Street_____,
(street address)

_____Reno_____, _____Nevada_____, _____89502_____,
(city)           (state)              (zip code)

_____775-322-6636_____, _____pat@levertylaw.com_____.
(area code + telephone number)    (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

### APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Patrick Leverty_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

Charles Brendon (Lead Plaintiff)
(type or print party name, title)

_____
(party's signature)

Daniel Checkman (Named Plaintiff)
(type or print party name, title

### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

8840                    pat@levertylaw.com
Bar number              Email address

APPROVED:

Dated: this _____ day of _____, 20___.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

## Schedule A

| Court | Date Admitted | Bar Number |
|---|---|---|
| Commonwealth of Pennsylvania | December 1, 1992 | 66399 |
| State of New York | May 29, 2019 | 5703061 |
| U.S. District Court, Eastern District of Pennsylvania | October 23, 1995 | |
| U.S. District Court, Middle District of Pennsylvania | November 14, 2011 | |
| U.S. District Court, Central District of Illinois | May 30, 1996 | |
| U.S. District Court, District of Colorado | July 1, 1999 | |
| U.S. District Court, Eastern District of Michigan | February 21, 2007 | |
| U.S. District Court, District of Nebraska | July 15, 2010 | |
| United States Supreme Court | October 9, 2001 | |
| U.S. Court of Appeals, First Circuit | September 16, 2016 | |
| U.S. Court of Appeals, Second Circuit | March 11, 2011 | |
| U.S. Court of Appeals, Third Circuit | March 11, 2019 | |
| U.S. Court of Appeals, Fourth Circuit | October 9, 2002 | |
| U.S. Court of Appeals, Sixth Circuit | March 26, 2007 | |
| U.S. Court of Appeals, Ninth Circuit | September 22, 2016 | |
| U.S. District Court, Southern District of New York | June 19, 2019 | |
| U.S. District Court, Eastern District of New York | August 22, 2019 | |



# Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### *Jacob Alexander Goldberg, Esq.*

**DATE OF ADMISSION**

*December 1, 1992*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



**Witness my hand and official seal**
**Dated: October 4, 2019**

*Patricia Johnson*
Patricia A. Johnson
Chief Clerk



# State of New York
# Supreme Court, Appellate Division
# Third Judicial Department

I, *Robert D. Mayberger*, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

## Jacob Alexander Goldberg

having taken and subscribed the Constitutional Oath of Office as prescribed by law, was duly licensed and admitted to practice by this Court as an Attorney and Counselor at Law in all courts of the State of New York on the **29th day of May, 2019**, is currently in good standing and is registered with the Administrative Office of the Courts as required by section four hundred sixty-eight-a of the Judiciary Law.

In Witness Whereof, I have hereunto set my hand and affixed the Seal of said Court, at the City of Albany, this **4th day of October, 2019**.



*Robert D Mayberger*
Clerk