Patrick R. Leverty
**LEVERTY & ASSOCIATES LAW CHTD**
832 Willow Street
Reno, Nevada 89502
Telephone: (775) 322-6636
Facsimile: (213) 322-3953
Email: pat@levertylaw.com

*Liaison Counsel for Lead Plaintiffs*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| CHARLES BRENDON and DANIEL CHECKMAN, Individually And On Behalf Of All Others Similarly Situated, | Case No. 2:18-cv-01758-APG-BNW |
| Plaintiffs, | |
| v. | |
| ALLEGIANT TRAVEL COMPANY, MAURICE J. GALLAGHER, JR., SCOTT SHELDON, STEVEN E. HARFST, and JUDE I. BRICKER, | |
| Defendants. | |

**NOTICE OF PLAINTIFFS' CONSENTED MOTION FOR PRELIMINARY APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT**

- 1 -

Lead Plaintiff Charles Brendon and Named Plaintiff Daniel Checkman ("Plaintiffs"), on behalf of themselves and all members of the proposed Settlement Class, hereby respectfully move this Court for an Order, pursuant to Rule 23(e) of the Federal Rules of Civil Procedure: (a) preliminarily certifying the Settlement Class; (b) preliminarily approving the Settlement; (c) holding that the manner and forms of notice set forth in the Preliminary Approval Order satisfy due process and provide the best notice practicable under the circumstances; (d) setting a date for the Settlement Hearing; (e) appointing Plaintiffs as Class Representatives and Lead Counsel as Class Counsel; (f) appointing Strategic Claims Services as the Claims Administrator; (g) ordering that Notice substantially in the forms of the proposed notices be given to the proposed Settlement Class; and (h) granting such other and further relief as may be required.

Plaintiffs are contemporaneously filing herewith a memorandum of law and accompanying Declaration of Jacob A. Goldberg ("Goldberg Declaration") and the exhibits attached thereto, incorporated herein by reference, in support of this motion.

The [Proposed] Order Granting Plaintiffs' Motion for Preliminary Approval of Class Action Settlement, negotiated by the Parties, is also filed herewith as Exhibit A to the Stipulation and Agreement of Settlement, submitted as Exhibit 1 to the Goldberg Declaration.

Defendants support approval of the settlement.

Dated: December 31, 2019

Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

By: /s/Jacob A. Goldberg
Jacob A. Goldberg (*pro hac vice*)
101 Greenwood Avenue, Suite 440
Jenkintown, PA  19012
Telephone: (215) 600-2817
Facsimile: (212) 202-3827
Email: jgoldberg@rosenlegal.com

*Lead Counsel for Plaintiffs*

**LEVERTY & ASSOCIATES LAW CHTD**
Patrick R. Leverty
Nevada Bar No. 8840
832 Willow Street
Reno, Nevada 89502

*Local Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on December 31, 2019, I electronically filed the foregoing **NOTICE OF PLAINTIFFS' CONSENTED MOTION FOR PRELIMINARY APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT** with the Clerk of Court using the CM/ECF system, which will send notification of such to all CM/ECF participants.

/s/Jacob A. Goldberg
Jacob A. Goldberg