**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| CHARLES BRENDON and DANIEL CHECKMAN, Individually And On Behalf Of All Others Similarly Situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>ALLEGIANT TRAVEL COMPANY, MAURICE J. GALLAGHER, JR., SCOTT SHELDON, STEVEN E. HARFST, and JUDE I. BRICKER,<br><br>    Defendants. | Case No. 2:18-cv-01758-APG-BNW |

**DECLARATION OF JACOB A. GOLDBERG IN SUPPORT OF PLAINTIFFS' CONSENTED TO MOTION FOR PRELIMINARY APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT**

- 1 -

I, JACOB A. GOLDBERG, declare as follows pursuant to 28 U.S.C. §1746:

1. I am a partner of the law firm of The Rosen Law Firm, P.A., court-appointed Lead Counsel for Lead Plaintiff Charles Brendon and Named Plaintiff Daniel Checkman ("Plaintiffs") and the proposed Settlement Class, and am admitted to appear *pro hac vice* before this Court. I respectfully submit this declaration in support of Plaintiffs' consented motion for preliminary approval of the proposed class action settlement. I have personal knowledge of the matters testified to herein.

2. Attached hereto as Exhibit 1 is a true and correct copy of the Stipulation and Agreement of Settlement, dated as of December 27, 2019, with annexed exhibits.

3. Attached hereto as Exhibit 2 is a true and correct copy of The Rosen Law Firm, P.A.'s firm resume.

4. Attached hereto as Exhibit 3 is a true a correct copy of Cornerstone Research's *Securities Class Action Settlements: 2018 Review and Analysis.*

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 31, 2019 at Jenkintown, PA.

/s/Jacob A. Goldberg
Jacob A. Goldberg

DECLARATION OF JACOB A. GOLDBERG IN SUPPORT OF PLAINTIFFS' CONSENTED TO MOTION FOR PRELIMINARY APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT

## CERTIFICATE OF SERVICE

I hereby certify that on December 31, 2019, I electronically filed the foregoing **DECLARATION OF JACOB A. GOLDBERG IN SUPPORT OF PLAINTIFFS' CONSENTED TO MOTION FOR PRELIMINARY APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT** with the Clerk of Court using the CM/ECF system, which will send notification of such to all CM/ECF participants.

                                                /s/Jacob A. Goldberg
                                                Jacob A. Goldberg

DECLARATION OF JACOB A. GOLDBERG IN SUPPORT OF PLAINTIFFS' CONSENTED TO MOTION FOR PRELIMINARY APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT