# EXHIBIT A-3

EXHIBIT A-3

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CHARLES BRENDON and DANIEL CHECKMAN, Individually And On Behalf Of All Others Similarly Situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>ALLEGIANT TRAVEL COMPANY, MAURICE J. GALLAGHER, JR., SCOTT SHELDON, STEVEN E. HARFST, and JUDE I. BRICKER,<br><br>    Defendants. | Case No. 2:18-cv-01758-APG-BNW |

## SUMMARY NOTICE OF PENDENCY AND
## PROPOSED CLASS ACTION SETTLEMENT

**TO:** ALL PERSONS WHO PURCHASED OR ACQUIRED PUBLICLY TRADED ALLEGIANT TRAVEL COMPANY SECURITIES BETWEEN JUNE 8, 2015 AND MAY 9, 2018, BOTH DATES INCLUSIVE.

YOU ARE HEREBY NOTIFIED, pursuant to an Order of the United States District Court for the District of Nevada, that a hearing will be held on _____, 2020, at __:__ _.m. before the Honorable Andrew P. Gordon, United States District Judge of the District of Nevada, 333 Las Vegas Boulevard South, Courtroom 6C, Las Vegas, Nevada 89101 for the purpose of determining: (1) whether the proposed Settlement of the claims in the above-captioned Action for consideration including the sum of $4,000,000 should be approved by the Court as fair, reasonable, and adequate; (2) whether the proposed plan to distribute the Settlement proceeds is fair, reasonable, and adequate; (3) whether the application of Lead Counsel for an award of attorneys' fees of up to one-third plus interest of the Settlement Amount, reimbursement of expenses of not more than $40,000 and an incentive payment of no more than $5,000 to each Plaintiff, or $10,000 in total, should be

1

approved; and (4) whether this Action should be dismissed with prejudice as set forth in the Stipulation and Agreement of Settlement dated December 27, 2019 (the "Settlement Stipulation").

If you purchased Allegiant Travel Company ("Allegiant") publicly traded securities during the period between June 8, 2015 and May 9, 2018, both dates inclusive (the "Settlement Class Period"), your rights may be affected by this Settlement, including the release and extinguishment of claims you may possess relating to your ownership interest in Allegiant securities. If you have not received a detailed Notice of Pendency and Proposed Settlement of Class Action ("Long Notice") and a copy of the Proof of Claim and Release Form, you may obtain copies by writing to or calling the Claims Administrator at Allegiant Travel Company Securities Litigation, c/o Strategic Claims Services, 600 N. Jackson St., Ste. 205, P.O. Box 230, Media, PA 19063; (Tel) (866) 274-4004; (Fax) (610) 565-7985; info@strategicclaims.net. You can also download copies of the Notice and submit your Proof of Claim and Release Form online at www.strategicclaims.net. If you are a member of the Settlement Class, in order to share in the distribution of the Net Settlement Fund, you must submit a Proof of Claim and Release Form electronically or postmarked no later than _____, 2020 to the Claims Administrator, establishing that you are entitled to recovery. Unless you submit a written exclusion request, you will be bound by any judgment rendered in the Action whether or not you make a claim.

If you desire to be excluded from the Settlement Class, you must submit to the Claims Administrator a request for exclusion so that it is received no later than _____, 2020, in the manner and form explained in the Notice. All members of the Settlement Class who have not requested exclusion from the Settlement Class will be bound by any judgment entered in the Action pursuant to the Settlement Stipulation.

EXHIBIT A-3

Any objection to the Settlement, Plan of Allocation, or Lead Counsel's request for an award of attorneys' fees and reimbursement of expenses and Award to Plaintiffs must be in the manner and form explained in the detailed Notice and received no later than _____, 2020, by each of the following:

| Clerk of the Court<br>United States District Court<br>District of Nevada<br>333 Las Vegas Boulevard South<br>Las Vegas, NV 89101 | <u>LEAD COUNSEL:</u><br><br>Jacob A. Goldberg<br>THE ROSEN LAW FIRM, P.A.<br>101 Greenwood Avenue, Suite 440<br>Jenkintown, PA  19012<br>Tel.:   215-600-2817<br>Fax:   212-202-3827<br>info@rosenlegal.com | <u>COUNSEL FOR DEFENDANTS:</u><br><br>Daniel J. Tyukody<br>GREENBERG TRAURIG, LLP<br>1840 Century Park East<br>Suite 1900<br>Los Angeles, CA 90067<br>Telephone: (310) 586-7723<br>tyukodyd@gtlaw.com |
|---|---|---|

If you have any questions about the Settlement, you may call or write to Lead Counsel:

Jacob A. Goldberg
THE ROSEN LAW FIRM, P.A.
101 Greenwood Avenue, Suite 440
Jenkintown, PA  19012
Tel.:   215-600-2817
Fax:   212-202-3827
info@rosenlegal.com

**PLEASE DO NOT CONTACT THE COURT OR THE CLERK'S OFFICE REGARDING THIS NOTICE.**

Dated: _____, 20\_\_\_          _____
BY ORDER OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA