# EXHIBIT A-4

Allegiant Travel Company Securities Litigation
c/o Strategic Claims Services
P.O. Box 230
Media, PA 19063

PRESORTED
FIRST-CLASS
MAIL U.S.
POSTAGE PAID

**Court-Ordered Legal Notice**
**Forwarding Service Requested**

*Important Notice about a Securities*
*Class Action Settlement*

*You may be entitled to a payment.*
*This Notice may affect your legal*
*rights.*

*Please read it carefully.*

Case No. 2:18-cv-01758 (D.Nev.)

Case Pending in the United States District Court for the
District of Nevada

[NAME 1]
[NAME 2]
[NAME 3]
[ADDRESS 1]
[ADDRESS 2]

*Bzdak v. Allegiant Travel Company*, Case No. 2:18-cv-01758 (D. Nev.)

*THIS CARD PROVIDES ONLY LIMITED INFORMATION ABOUT THE SETTLEMENT.*
*PLEASE VISIT WWW.STRATEGICCLAIMS.NET OR CALL 1-866-274-4004 FOR MORE INFORMATION.*

The United States District Court for the District of Nevada (the "Court") has preliminarily approved a proposed Settlement of claims against Allegiant Travel Company ("Allegiant") Maurice J. Gallagher, Jr., Scott Sheldon, Steven E. Harfst, and Jude I. Bricker (collectively, the "Defendants"). The proposed Settlement would resolve a class action lawsuit alleging that, in violation of the federal securities laws, Defendants allegedly made misrepresentations and/or omissions of material fact in various public statements to the investing public concerning Allegiant's business operations. Defendants deny the allegations.

You received this notice because you may have purchased publicly traded Allegiant securities between June 8, 2015 and May 9, 2018, both dates inclusive, and you may be a Settlement Class Member. The Settlement provides that, in exchange for the dismissal and release of claims against Defendants, a fund consisting of $4,000,000, less attorneys' fees and expenses, will be divided among Settlement Class Members who timely submit valid Proof of Claim and Release Forms ("Proof of Claim"). For a full description of the Settlement and your rights and to make a claim, please view the Stipulation and Agreement of Settlement and obtain a copy of the Notice of Pendency and Proposed Settlement of Class Action ("Notice") and Proof of Claim by visiting the website: www.strategicclaims.net. You may also request copies of the Notice and Proof of Claim from the Claims Administrator through any of the following ways: (1) mail: Allegiant Travel Company, Securities Litigation, c/o Strategic Claims Services, P.O. Box 230, 600 N. Jackson St, Ste. 205, Media, PA 19063; (2) call toll free: (866) 274-4004; (3) fax: (610) 565-7985; or (4) email: info@strategicclaims.net.

To qualify for payment, you must submit a Proof of Claim, which can be found on the website www.strategicclaims.net. PROOFS OF CLAIM ARE DUE BY _____ __, 2020 TO ALLEGIANT TRAVEL COMPANY SECURITIES LITIGATION, C/O STRATEGIC CLAIMS SERVICES, P.O. BOX 230, 600 N. JACKSON ST, STE 205, MEDIA, PA 19063 or submitted electronically at www.strategicclaims.net. If you do not want to be legally bound by the Settlement, you must exclude yourself by _____ __, 2020. If you exclude yourself, you cannot get money from this Settlement. If you stay in the Settlement, you may object to it by _____ __, 2020. The Notice explains how to exclude yourself or to object.

The Court will hold a hearing in this case on _____ __, 2020 at __:__ _.m. at the United States District Court for the District of Nevada, 333 Las Vegas Boulevard South, Courtroom 6C, Las Vegas, Nevada 89101, to consider whether to approve the Settlement, the Plan of Allocation, and a request by Lead Counsel for up to one-third of the Settlement Fund for their attorneys' fees, plus up to $40,000 in expenses, and Awards to Plaintiffs of no more than $10,000 in total, for litigating the cases and negotiating the Settlement. You may, but do not have to, attend the hearing and ask to be heard by the Court. For more information, call toll-free 1-866-274-4004, or visit the website www.strategicclaims.net.