# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CHARLES BRENDON and DANIEL CHECKMAN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs<br><br>v.<br><br>ALLEGIANT TRAVEL COMPANY, et al.,<br><br>Defendants | Case No.: 2:18-cv-01758-APG-BNW<br><br>**Order Setting Hearing on Motion for Preliminary Approval of Proposed Class Action Settlement**<br><br>[ECF No. 68] |

I will conduct a hearing on the plaintiffs' motion for preliminary approval of a proposed class action settlement on Wednesday, January 8, 2020 at 11:00 a.m. in Las Vegas Courtroom 6C.

DATED this 31st day of December, 2019.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE