THE ROSEN LAW FIRM, P.A.
Jacob A. Goldberg (*pro hac vice*)
101 Greenwood Avenue, Suite 440
Jenkintown, PA 19012
Telephone: (215) 600-2817
Facsimile: (212) 202-3827
Email: jgoldberg@rosenlegal.com

*Lead Counsel for Plaintiffs*

LEVERTY & ASSOCIATES LAW CHTD.
Patrick R. Leverty
832 Willow Street
Reno, Nevada 89502
Telephone: (775) 322-6636
Facsimile: (213) 322-3953
Email: pat@levertylaw.com

*Local Counsel for Lead Plaintiffs*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CHARLES BRENDON and DANIEL CHECKMAN, Individually And On Behalf Of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> ALLEGIANT TRAVEL COMPANY, MAURICE J. GALLAGHER, JR., SCOTT SHELDON, STEVEN E. HARFST, and JUDE I. BRICKER, <br><br> Defendants. | Case No. 2:18-cv-01758-APG-BNW |

**NOTICE OF PLAINTIFFS' CONSENTED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION**

- 1 -

Lead Plaintiff Charles Brendon and Named Plaintiff Daniel Checkman ("Plaintiffs"), on behalf of themselves and all members of the proposed Settlement Class, hereby respectfully move this Court for an Order, pursuant to Rule 23(e) of the Federal Rules of Civil Procedure to: (i) finally certify the Settlement Class and appoint Plaintiffs and Class Representatives and Lead Counsel as Class Counsel; (ii) grant final approval of the Settlement; (iii) approve the Plan of Allocation; (iv) find that Plaintiffs, through the Claims Administrator, provided notice to the Settlement Class as the Court directed, satisfying due process and the Private Securities Litigation Reform Act of 1995's mandate; and (v) grant such other and further relief as may be required.

Plaintiffs are contemporaneously filing herewith a memorandum of points and authorities and accompanying Declaration of Jacob A. Goldberg in Support of Plaintiffs': (1) Consented Motion for Final Approval of Proposed Class Action Settlement and Plan of Allocation; and (2) Unopposed Motion for Award of Attorneys' Fees, Reimbursement Expenses, and Award to Plaintiffs ("Goldberg Declaration") and the exhibits attached thereto, incorporated herein by reference, in support of this motion.

The [Proposed] Order and Final Judgment, negotiated by the Parties, is also filed herewith.

Defendants support the relief requested.

Dated: April 16, 2020

Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

By: /s/*Jacob A. Goldberg*
Jacob A. Goldberg (*pro hac vice*)
101 Greenwood Avenue, Suite 440
Jenkintown, PA  19012
Telephone: (215) 600-2817
Facsimile: (212) 202-3827
Email: jgoldberg@rosenlegal.com

*Lead Counsel for Plaintiffs*

and

**LEVERTY & ASSOCIATES LAW CHTD**
Patrick R. Leverty
Nevada Bar No. 8840
832 Willow Street
Reno, Nevada 89502

*Local Counsel for Plaintiffs*

NOTICE OF PLAINTIFFS' CONSENTED MOTION FOR FINAL APPROVAL OF CLASS ACTION
SETTLEMENT AND PLAN OF ALLOCATION

**CERTIFICATE OF SERVICE**

I hereby certify that on April 16, 2020, I electronically filed the foregoing **NOTICE OF PLAINTIFFS' CONSENTED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION** with the Clerk of Court using the CM/ECF system, which will send notification of such to all CM/ECF participants.

/s/*Jacob A. Goldberg*
Jacob A. Goldberg