# EXHIBIT 4

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| CHARLES BRENDON and DANIEL CHECKMAN, Individually And On Behalf Of All Others Similarly Situated,<br><br>   Plaintiffs,<br><br>   v.<br><br>ALLEGIANT TRAVEL COMPANY, MAURICE J. GALLAGHER, JR., SCOTT SHELDON, STEVEN E. HARFST, and JUDE I. BRICKER,<br><br>   Defendants. | Case No. 2:18-cv-01758-APG-BNW |

**DECLARATION OF PATRICK R. LEVERTY OF LEVERTY & ASSOCIATES LAW CHTD. CONCERNING ATTORNEYS' FEES AND EXPENSES**

- 1 -

I, PATRICK R. LEVERTY, declare as follows pursuant to 28 U.S.C. §1746:

1. I am a partner at Leverty & Associates Law Chtd. ("L&A"), Liaison Counsel for Lead Plaintiff Charles Brendon and Named Plaintiff Daniel Checkman ("Plaintiffs") and the proposed Settlement Class,. I am admitted to practice law in the State of Nevada and before this Court. I have personal knowledge of the matters testified to herein.

2. A copy of L&A's resume is annexed hereto as Exhibit A.

3. L&A has been involved in this Action since it was transferred to this Court in September 2018 and continuing throughout all other aspects of this Action.

4. L&A rendered the following legal services in connection with the prosecution of this Action: (a) advising Lead Counsel, The Rosen Law Firm, P.A., on Nevada procedure; (b) reviewing and filing documents in this Court; and (c) attending court appearances.

5. The chart below is a summary of time expended by the attorneys and professional staff of L&A on this Action, and the lodestar calculation based on their current billing rate. The chart was prepared from contemporaneous, daily time records regularly prepared and maintained by my firm. Time spent in preparing this Declaration in support of my firm's application for fees and reimbursement of expenses and any other time related to billing or periodic time reporting has not been included in this chart.

| Professional (position)* | Years in Practice | Hourly Rate | Hours Worked | Lodestar |
|---|---|---|---|---|
| Patrick R. Leverty (P) | 16 | $425.00 | 25.70 | $10,922.50 |
| Total | | | 25.70 | $10,922.50 |

* Partner (P), Associate (A), Paralegal (PL).

6. From the September 2018 through April 16, 2020, my firm performed a total of 25.70 professional work hours in the prosecution of this Action. The total lodestar amount for my firm is $10,922.50.

7. L&A expended a total of $1,423.97 in un-reimbursed expenses in connection with the prosecution of this Action broken down as follows:

**LIST OF UNREIMBURSED EXPENSES**

| Category | Amount |
|---|---|
| *Pro Hac Vice* Fees | $250.00 |
| Travel, Transportation, Hotels, and Meals Fees | $1,042.87 |
| Photocopying, Scanning, and Printing Documents Fees | $131.10 |
| **TOTAL EXPENSES** | **$1,423.97** |

8. The expenses set forth above are reflected in counsel's books and records. These books and records are prepared from expense vouchers, check records, and financial statements prepared in the normal course of business for my firm and are an accurate record of the expenses incurred in the prosecution of this Action.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 16, 2020 at Reno, Nevada.

*Patrick Leverty*
Patrick R. Leverty

# EXHIBIT A

# EXHIBIT A

# LEVERTY & ASSOCIATES LAW CHTD.
# BIOGRAPHY

I.      ATTORNEYS

**VERNON LEVERTY - PARTNER**

Vernon "Gene" Leverty is a 1970 graduate of University of Pacific, McGeorge School of Law. Mr. Leverty began his legal career working as the Administrator on Nevada Environmental Protection from 1971 to 1972. He was the Chief Deputy Insurance Commissioner for the State of Nevada from 1972 to 1979. In 1979 Mr. Leverty joined the California law firm of Miller & Daar as a partner. In 1989 Mr. Leverty established the Nevada law firm of Leverty & Associates Law Chtd. He is admitted to practice law in Nevada and California and is also admitted to practice before numerous United States District Courts.

**PATRICK LEVERTY - PARTNER**

Patrick Leverty earned a Masters in Law (LL.M) from University of Connecticut in 2010. He graduated from Seattle University School of Law, *cum laude*, in 2003. He received a B.A. in Economics and History from the University of California Santa Barbara in 1999. Mr. Leverty served as a law clerk to the Honorable Janet Berry, District Judge for the Second Judicial District Court County of Washoe in and for the State of Nevada. He joined Leverty & Associates in the Fall of 2004. Mr. Leverty is admitted to practice law in Nevada, California and Washington. Mr. Leverty is also admitted to practice before numerous United States District Courts.

LEVERTY & ASSOCIATES LAW CHTD. BIOGRAPHY - 1

**WILLIAM R. GINN - ATTORNEY**

William R. Ginn is a 1999 graduate of Willamette University School of Law, in Salem, Oregon. He received a B.A. in History with an emphasis in Philosophy from Whitworth College in Spokane, Washington. He joined Leverty & Associates Law Chtd. in the 2000. Mr. Ginn is admitted to practice in all Nevada State Courts and the United States District Court for the State of Nevada.

**JESS P. RINEHART - ATTORNEY**

Jess P. Rinehart is a 2009 graduate of Creighton University School of Law. He received a B.S. in Accountancy, *cum laude*, from Arizona State University. He joined Leverty & Associates Law Chtd. in the 2009. Mr. Rinehart is admitted to practice in all Nevada State Courts and the United States District Court for the State of Nevada.

**II.    CLASS ACTION EXPERIENCE**

<u>Wiley v. Renown Regional Medical Center</u>, Second Judicial District Court, Case Number CV11-00493. Leverty & Associates Law Chtd. was appointed class counsel. The Court approved a $1,450,000 settlement with Defendant.

<u>Reimers v. The Matthews Company</u>, Third Judicial District Court, Case No. CI 20573 (Justice Shearing). Leverty & Associates Law Chtd. was appointed class counsel. The Court approved a confidential settlement with the TRC related entities.   The Court also found a settlement for a stipulated judgment against Matthews Homes for $5 million was reasonable, fair and adequate. The Court also approved the assignment of the stipulated judgment to the Reimers

LEVERTY & ASSOCIATES LAW CHTD. BIOGRAPHY - 2

Plaintiffs against Matthews Homes' insurance company.

Following the assignment, Leverty & Associates Law Chtd., along with Maddox, Segerblom and Canepa, LLP, pursued the assigned claims in the case of <u>Reimers v. Everest Indemnity Insurance Company,</u> Second Judicial District Court, Case Number CV 13-00737. The case against Matthews Homes' insurance company proceeded to trial and on February 12, 2015, the jury rendered a verdict in favor of Plaintiffs finding Everest breached the covenant of good faith and fair dealing and awarding $4,500,000.00 in damages for that breach. The jury also found that Everest acted with fraud, malice and/or oppression. The punitive damages phase was set to commence on February 17, 2015, but before the punitive damages trial, the Plaintiffs and Everest resolved the dispute. Justice Shearing approved the settlement.

<u>Reynolds v. TCID</u>, Third Judicial District Court, Case No. CI 18948 (Justice Shearing). Leverty & Associates Law Chtd. was appointed class counsel.   The Court approved a $3.85 million settlement with the Truckee Carson Irrigation District (TCID) Board of Directors on behalf of the class.   In July 2012, the *Reynolds* Plaintiffs obtained a liability verdict in their favor against TCID. The damages trial is set for February 29, 2016.

<u>Reynolds v. City of Fernley</u>, Third Judicial District Court, Case No. CI 19002 (Justice Shearing). Leverty & Associates Law Chtd. was appointed class counsel. The Court approved a $5 million settlement with the City of Fernley and a $1.3 million settlement with the Lyon County on behalf of the class members.

LEVERTY & ASSOCIATES LAW CHTD. BIOGRAPHY - 3

<u>Rondy v. Greater Nevada Builders, et al</u>., Third Judicial District Court, Case No. CI 19181 (Justice Rose). Leverty & Associates Law Chtd. was appointed class counsel. The Court approved a $1,095,500.00 settlement with Defendants.

<u>Martinez v. Realogy Corporation, et al</u>, United States District Court District of Nevada, Case No. 3:10-cv-00755-RCJ-VPC. Leverty & Associates Law Chtd. was appointed class counsel for a national class action.

<u>Pak v. Farmers Insurance Exchange,</u> Case No. CV98-04873. Leverty & Associates Law Chtd. was appoint class counsel for this class action that provided benefits to class members throughout the 50 states. The national class action resulted in a class member award of $48 million.

**III.    LIASON COUNSEL EXPERIENCE**

<u>In re Spectrum Pharmaceuticals, Inc., Securities Litigation</u>, Case No. 2:16-cv-02279-RFB-GWF. On October 6, 2017, Leverty & Associates Law Chtd. was appointed Liaison Counsel.