# EXHIBIT 5

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| CHARLES BRENDON and DANIEL CHECKMAN, Individually And On Behalf Of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>ALLEGIANT TRAVEL COMPANY, MAURICE J. GALLAGHER, JR., SCOTT SHELDON, STEVEN E. HARFST, and JUDE I. BRICKER,<br><br>Defendants. | Case No. 2:18-cv-01758-APG-BNW |

**DECLARATION OF CHARLES BRENDON**

- 1 -
DECLARATION OF CHARLES BRENDON

DocuSign Envelope ID: 469E2021-3117-43CA-ADA4-BE454BBAA79F

Pursuant to 28 U.S.C. §1746, Charles Brendon declares:

I am above the age of 18 and fully competent to make this declaration. If called as a witness, I would testify as follows:

1. I hereby submit this Declaration of Charles Brendon in support of: (1) the proposed Settlement of this Action; (2) my application for reimbursement of time spent directly related to my representation of the Class; and (3) Lead Counsel's request for attorneys' fees and reimbursement of expenses.

2. I live in Las Vegas, Nevada.

3. I am the Lead Plaintiff in the above-captioned action and a proposed class representative along with Daniel Checkman.

4. I do not intend anything whatsoever in this Declaration to constitute a general or specific waiver of attorney client privilege.

5. After consultation with counsel, I approved the Settlement of this case for $4,000,000. Having considered the strengths and weaknesses of the case and in light of the risks and expense of continued litigation I have concluded that the Settlement, on behalf of me and the Settlement Class is adequate, fair, and reasonable.

6. As Lead Plaintiff and proposed class representative for settlement purposes, I participated in the litigation, keeping abreast of developments in this case and news concerning Allegiant Travel Company. To satisfy my obligation as a representative to the Settlement Class, I engaged in the following:

    a. Reading and discussing with my counsel the initial Class Action Complaint;

    b. Reviewing and discussing with my counsel the lead plaintiff motion on my behalf;

    c. Reviewing and discussing with my counsel the Amended Class Action Complaint;

    d. Reviewing and discussing with my counsel Defendants' motions to dismiss and strike and Plaintiffs' oppositions to those motions;

    e. Discussing with my counsel settlement negotiations and approving, in principle, the proposed settlement; and

    f. reviewing the settlement documents.

7. I estimate that I spent about 26 hours on these tasks.

8. I seek an award to compensate me for the reasonable costs and expenses that I incurred for the time I spent on this litigation.

9. I understand Lead Counsel will seek an award of attorneys' fees in the amount of up to one-third of the Settlement Amount. I support Lead Counsel's request for attorneys' fees.

10. I also support Lead Counsel's request for reimbursement of out-of-pocket litigation expenses.

11. In sum, I respectfully request that the Court approve the Settlement, reimburse me for the time and expenses I expended on behalf of the Settlement Class, and approve Lead Counsel's request for attorneys' fees and reimbursement of expenses.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 4/7/2020

*DocuSigned by:*
*Charles Brendon*
2221F7ACECF94D4...

Charles Brendon