**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CHARLES BRENDON and DANIEL CHECKMAN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs<br><br>v.<br><br>ALLEGIANT TRAVEL COMPANY, et al.,<br><br>Defendants | Case No.: 2:18-cv-01758-APG-BNW<br><br>**NOTICE OF TELEPHONIC HEARING** |

**TO: ALL PERSONS WHO PURCHASED OR ACQUIRED THE PUBLICLY TRADED SECURITIES OF ALLEGIANT TRAVEL COMPANY (NASDAQ: ALGT) BETWEEN JUNE 8, 2015 AND MAY 9, 2018, BOTH DATES INCLUSIVE.**

YOU ARE HEREBY NOTIFIED, as a result of Covid-19 restrictions, the court will conduct the final approval hearing in this class action telephonically. DO NOT APPEAR IN-PERSON AT THE COURTHOUSE. In advance of the hearing, the court will post on the docket information about how to attend telephonically. In addition, upon their availability, the Settlement Administrator's website will post attendance instructions.

The hearing will proceed as previously scheduled on May 14, 2020 at 9:00 a.m. Pacific Daylight Time to determine: (1) whether the proposed Settlement of the claims in this Action and the Plan of Allocation are fair, reasonable, and adequate such that the court should dismiss the case with prejudice; and (2) whether to approve the application for an award of attorneys' fees, reimbursement of out-of-pocket expenses and awards to each Plaintiff. All other deadlines continue to apply as the court set in its January 14, 2020 Preliminary Approval Order, including the deadlines to file proofs of claim, to request exclusion from the Class, or to object to the Settlement.

If you have any questions about the Settlement or the May 14, 2020 telephonic Hearing, you may call or write to Lead Counsel:

Jacob A. Goldberg

THE ROSEN LAW FIRM, P.A.

101 Greenwood Avenue, Suite 440
Jenkintown, PA  19012
Tel.:    215-600-2817
Fax:    212-202-3827
info@rosenlegal.com

**PLEASE DO NOT CONTACT THE COURT OR THE CLERK'S OFFICE REGARDING THIS NOTICE.**