**LEVERTY & ASSOCIATES LAW CHTD.**
Patrick R. Leverty
832 Willow Street
Reno, Nevada 89502
Telephone: (775) 322-6636
Facsimile: (213) 322-3953
Email: pat@levertylaw.com

*Local Counsel for Plaintiffs*

**THE ROSEN LAW FIRM, P.A.**
Jacob A. Goldberg (*pro hac vice*)
101 Greenwood Avenue, Suite 440
Jenkintown, PA  19012
Telephone: (215) 600-2817
Facsimile: (212) 202-3827
Email: jgoldberg@rosenlegal.com

*Lead Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| CHARLES BRENDON and DANIEL CHECKMAN, Individually And On Behalf Of All Others Similarly Situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>ALLEGIANT TRAVEL COMPANY, MAURICE J. GALLAGHER, JR., SCOTT SHELDON, STEVEN E. HARFST, and JUDE I. BRICKER,<br><br>    Defendants. | Case No. 2:18-cv-01758-APG-BNW |

**NOTICE OF STATUS**

- 1 -

NOTICE OF STATUS

1    PLEASE TAKE NOTE THAT, Lead Plaintiff Charles Brendon and Named Plaintiff Daniel

2  Checkman ("Plaintiffs") respectfully provide this update on the status of the claims administration

3  process for this securities class action.

4    Pursuant to the Order Granting Plaintiffs' Motion for Preliminary Approval of Class Action

5  Settlement, Settlement Class Members had until April 23, 2020 to submit a Proof of Claim and

6  Release Form. (Dkt. No. 73 at ¶19(a)). On May 14, 2020, the Court entered the Order and Final

7  Judgment and granted final approval of the securities class action settlement. (Dkt. No. 84).

8    Strategic Claims Services ("SCS"), the claims administrator, has processed claims diligently.

9  A possible fraudulent claimant, however, has delayed the conclusion of the process. Plaintiffs

10  anticipate that SCS will conclude the administration within 30-60 days and that they will seek an

11  order for distribution of the Settlement Fund no later than Thanksgiving. Plaintiffs will alert the Court

12  should any further delay in the administration process occur.

13

14   Dated: September 25, 2020                    Respectfully submitted,

15                                                **LEVERTY & ASSOCIATES LAW CHTD.**

16                                                /s/ Patrick R. Leverty

17                                                Patrick R. Leverty
                                                 Nevada Bar No. 8840
18                                                832 Willow Street
                                                 Reno, Nevada 89502
19

20                                                *Local Counsel for Plaintiffs*

21                                                 and

22                                                **THE ROSEN LAW FIRM, P.A.**

23                                                Jacob A. Goldberg (*pro hac vice*)
                                                 101 Greenwood Avenue, Suite 440
24                                                Jenkintown, PA  19012
                                                 Telephone: (215) 600-2817
25                                                Facsimile: (212) 202-3827
                                                 Email: jgoldberg@rosenlegal.com
26

27                                                *Lead Counsel for Plaintiffs*

28

NOTICE OF STATUS

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

I hereby certify that on September 25, 2020, I electronically filed the foregoing **NOTICE OF STATUS** with the Clerk of Court using the CM/ECF system, which will send notification of such to all CM/ECF participants.

/s/*Patrick R. Leverty*
Patrick R. Leverty

NOTICE OF STATUS